

**Stephen E. Turman**
Member
NY & NJ Bars
Email:  sturman@turmanlegal.com

January 23, 2024

United States District Court
Eastern District of New York
Cadman Plaza E
Brooklyn, NY 11201

              Re:    Letter Motion Requesting a Refund of Fees Paid
                      *Bullion Exchange LLC v. Bullion Shark, LLC et al.*
                      24-CV-00467

Dear Sir/Madam:

      On January 22, 2024, I opened the case captioned *Bullion Exchange LLC v. Bullion Shark, LLC and Ekaterina Ovodo*, 24-CV-00467.   In connection with this matter, I was charged twice for the initial fee to open this case ($405.00 x2).  Please find attached copies of the two payment receipts.   I am respecting a refund of $405.00 in excess payment that was made.

      Thank you for your consideration in this matter.

                                                                 Respectfully submitted,

                                                                 *Stephen Turman*
                                                                 Stephen E. Turman