# Stephen Turman

| | |
|---|---|
| **From:** | do_not_reply@psc.uscourts.gov |
| **Sent:** | Monday, January 22, 2024 6:52 PM |
| **To:** | Stephen Turman |
| **Subject:** | Pay.gov Payment Confirmation: NEW YORK EASTERN DISTRICT COURT |

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: Financial Department at (718)613-2580.

   Account Number: 4735267
   Court: NEW YORK EASTERN DISTRICT COURT
   Amount: $405.00
   Tracking Id: ANYEDC-17488004
   Approval Code: 06179G
   Card Number: ************3264
   Date/Time: 01/22/2024 06:52:05 ET


NOTE: This is an automated message. Please do not reply