# Bullion Exchange, LLC
# Employee Handbook

## Table of Contents

**Section 1: Introduction:**
- 1.1 **Purpose of this Handbook**
- 1.2 **Changes of Policy**
- 1.3 **Employment Forms**

**Section 2. Terms & Definitions:**
- 2.1 **Definition of "At-Will" Employment**
- 2.2 **Types of Worker**
  - *Exempt vs. Non-Exempt*
  - *Regular vs. Temporary*
  - *Independent Contractors & Consultants*

**Section 3. Payroll:**
- 3.1 **Payment Schedule**
- 3.2 **Wages**
- 3.3 **Deductions & Garnishment**

**Section 4. Rights & Policies:**
- 4.1 **Equal Opportunity Employment Policy**
- 4.2 **Accommodation for Disabled Employees**
- 4.3 **Employment of Minors**
- 4.4 **Employment of Relatives**
- 4.5 **Religion & Politics**
- 4.6 **Private Information**
- 4.7 **Leaves of Absence**

**Section 5: Employment Benefits:**
- 5.1 **Unemployment Insurance**
- 5.2 **Workers' Compensation**
- 5.3 **Social Security Benefits (FICA)**

**Section 6. Rules of Conduct:**
- 6.1 **On the Job**
  - *Reporting for Work*
  - *Staying Safe*
  - *Meals & Breaks*
  - *Cell Phone Use*
- 6.2 **Rules & Policies**
  - *Confidentiality*
  - *Discrimination & Harassment*
  - *Drugs & Alcohol*
- 6.3 **Disciplinary Action**
  - *Workplace Inspections*

## Section 1. Introduction

### 1.1. Purpose of this Handbook

The purpose of this handbook is to familiarize you - the employee - with the policies, rules and other key aspects of Bullion Exchange, LLC (the "Company"). The information in this handbook supersedes all rules and policies that may previously have been expressed or implied, in both written and oral format. Compliance with this handbook is compulsory for all employees. The Company reserves the right to interpret this handbook's content as it sees fit, and to deviate from policy when it deems necessary.

### 1.2 Changes of Policy

Bullion Exchange, LLC reserve the right to change this handbook's content, at any time and at our sole discretion. Its provisions may not be altered by any other means, oral or written. You will receive written notice of any changes we make to the employee handbook, and are responsible for understanding and complying with all up-to-date policies. If you are confused about any information defined herein, please contact the Human Resources Manager.

### 1.3 Employment Forms

All new employees are required to complete and submit the following forms. Starred (*) forms can be found at the end of this manual. All others have been or will be provided separately.

*At-Will Employment Agreement and Acknowledgement of Receipt of Employee Handbook ***

*Employment Eligibility Form I-9*

On the day of hire, each new employee is legally obligated to complete the Employment Eligibility Verification Form I-9 and submit documents establishing identity and eligibility within the next three business days. The same policy applies to re-hired employees whose I-9 are over three years old or otherwise invalid.

*Non-Disclosure Agreement*

This agreement prohibits the unauthorized disclosure of confidential Company information, via any means of communication, including, but not limited to, face-to-face, over the phone and via the Internet.

## Section 2. Terms & Definitions

Bullion Exchange, LLC typically employs less than 20 employee's regular and temporary employees on an "at-will" basis. This section defines the terms of "at-will" employment, as well as the different types of employees we hire.

### 2.1 Definition of "At-Will" Employment

The job of an "at-will" employee is not guaranteed. It may be ended, at any time and with or without notice, by the employee or, for a lawful reason, by the Company. The Company also reserves the right to alter an "at-will" employee's benefits, pay rate, and assignments as it sees fit. The "at-will" terms of an employee's employment may only be changed by the President, CEO or CFO, and must be signed by the President or the CEO.

### 2.2 Types of Worker

This section distinguishes between the different types of workers the Company employs. Employee status is established at the time of hire and may only be altered via a written statement signed by the Company.

*Exempt vs Non-Exempt*

The majority of employees are non-exempt, meaning they are entitled by law to at least minimum wage and premium pay for overtime. Exempt employees are not subject to these laws. Exempt status is defined by particular standards set by state law and the Federal Labor Standards Act (FLSA). This class of employee is usually an executive, an administrator, or a highly paid specialist such as a programmer.

*Regular vs. Temporary*

Regular employees work a regular schedule, either on a full-time or part-time basis. To be considered full-time, an employee must work at least 40 hours per week. A temporary employee is a person we hire for a short period (usually 3 months at maximum) to assist with a project or remedy a staff shortage. A temporary employee is also employed on an "at-will" basis (defined above).

*Independent Contractors & Consultants*

Independent contractors and consultants are not Company employees, but rather self-employed professionals whom we hire for specific projects. Unlike employees, they do not operate under Company direction, and control their own methods, materials and schedules. They are not eligible for Company benefits.

## Section 3. Payroll

### 3.1 Payment Schedule

Employees are paid weekly generally on Friday. In cases where the regular payday falls on a holiday, Employees will receive payment on the last business day before said holiday.

### 3.2 Wages

Wages vary from employee to employee and are based on level of skill and experience. The Company conducts regular evaluations of all employees and issues promotions as it sees fit. Employees who feel entitled to higher pay may contact Eric Gozenput to discuss.

In additional to regular pay, employees may have the option of earning overtime pay.

*Overtime*

A non-exempt employee may work overtime on the terms defined by New York law *pending prior authorization by his or her manager.*

### 3.3 Deductions & Garnishment

Federal and state law requires that we deduct the following from every paycheck:

- Social Security
- Income tax (federal and state)
- Medicare
- State Disability Insurance & Family Temporary Disability Insurance
- Other deductions required by law or requested by the employee

A Wage and Tax Statement (W-2) recording the previous year's wages and deductions will be provided at the beginning of each calendar year.

If at any time you wish to adjust your income tax withholding, please fill out the designated form and submit it to Accounting.

*Wage Garnishment*

Sometimes, the Company receives legal papers that compel us to garnish an employee's paycheck - that is, submit a portion of said paycheck in payment of an outstanding debt of the Employee. We must, by law, abide by this either until ordered otherwise by the court or until the debt is repaid in full from withheld payments.

## Section 4.  Rights & Policies
The following section summarizes your legal rights as an employee of Bullion Exchange, LLC. Questions about any policy detailed in this section may be addressed with a Human Resources representative.

### 4.1 Equal Opportunity Employment Policy
The Company provides equal employment opportunities to all applicants, without regard to unlawful considerations of or discrimination against race, religion, creed, color, nationality, sex, sexual orientation, gender identity, age, ancestry, physical or mental disability, medical condition or characteristics, marital status, or any other classification prohibited by applicable local, state or federal laws. This policy is applicable to hiring, termination and promotion; compensation; schedules and job assignments; discipline; training; working conditions, and all other aspects of employment. As an employee, you are expected to honor this policy and to take an active role in keeping harassment and discrimination out of the workplace.

### 4.2 Accommodation for Disabled Employees
We are happy to work with <u>otherwise qualified</u> disabled employees in order to accommodate limitations, in accordance with the Americans with Disabilities Act (ADA). It is up to the employee to approach his or her supervisor with this request, and to provide medical proof of his or her needs upon the Company's request.

We are also happy to accommodate employees diagnosed with life-threatening illnesses. Such employees are welcome to maintain a normal work schedule if they so desire, provided that we receive medical papers proving their working cannot harm themselves or others and their work remains at acceptable standards.

### 4.3 Employment of Minors
Our policy on employment of minors adheres to all FSLA standards, including the following:

- Minimum employment age (14 for non-agricultural work)
- Maximum weekly hours for employees under 16
- Minimum hazardous job employment age (18)
- Sub-minimum wage standards for students, apprentices, disabled employees, and employees under the age of 20.

### 4.4 Employment of Relatives
The employment of relatives can prove problematic, particularly situations where relatives share a department or a hierarchical relationship. The Company will not hire relatives to work in any potentially disruptive situation. An employee must inform us if he or she become a co-worker's relative. If at any time we perceive the situation to be dysfunctional, we may have to reassign or ask for one relative's resignation in order to remedy the situation.

### 4.5 Religion & Politics
Bullion Exchange, LLC is respectful of all employees' religious affiliations and political views. We ask that if you choose to participate in a political action, you do not associate the Company in any way.

We are happy to work with employees to accommodate political and religious obligations, provided accommodations are requested from a manager in advance.

### 4.6 Private Information
Employee information is considered to be private and only accessed on a need-to-know basis. Your

Healthcare information is completely confidential unless you choose to share it. In some cases, employees and management may receive guidelines ensuring adherence to the Health Insurance Portability and Accountability Act (HIPAA).

Personnel files and payroll records are confidential and may only be accessed for legitimate reason. If you wish to view your files, you must set up an appointment in advance with Human Resources. A Company-appointed record keeper must be present during the viewing. You may only make photocopies of documents bearing your signature, and written authorization is needed to remove a file from Company premises. You may not alter your files, although you may add comments to items of dispute.

Certain information, such as dates of employment and rehiring eligibility, are available by request only. We will not release information regarding your compensation without your written permission.

**4.7 Leaves of Absence**
Employees requiring time off from work may apply for a leave of absence.

All leaves must be approved by management. For planned leaves, employees must submit requests at least 3 days in advance. Emergency leaves must be requested as soon as possible. Accepting/performing another job or applying for unemployment benefits during leave will be considered voluntary resignation.

We consider all requests in terms of effect on the Company and reserve the right to approve or deny requests at will, except when otherwise directed by law. Any request for a leave of absence due to disability will be subject to an interactive review. A medical leave request must be supported in a timely manner by a certification from the employee's health care provider. Extension of leave must be requested and approved before the current leave ends. No employee is guaranteed reinstatement upon returning from leave, unless the law states otherwise. However, the Company will try to reinstate each returning employee in his or her old position, or one that is comparable.

Below are the three main types of leave that Bullion Exchange, LLC offers employees. Some, but not all, are governed by law.

*Work-Related Sickness & Injury*
Employees eligible for Worker's Compensation rendered unable to work because of work-related injury or illness will receive an unpaid leave for the period required. For eligible employees, the first 12 weeks will be treated concurrently as a family and medical leave under the Family and Medical Leave Act.

*Maternity*
An employee disabled on account of pregnancy, childbirth, or a related medical condition may request an unpaid leave of absence of up to four months. Time off may be requested for prenatal care, severe morning sickness, doctor-ordered bed rest and recovery from childbirth.

*Election Days*
Provided an employee's schedule does not allow time for voting outside of work, and that he/she is a registered voter, he/she may take up to two hours, with pay, at the beginning or end of a workday, to vote in local, state or national elections.

## Section 5. Employment Benefits

The following is merely an overview of the Company's benefits package. It does not contain all relevant information. Please contact Ernest Gozenput to obtain all details.

### 5.1 Unemployment Insurance

Employees rendered unemployed through no fault of their own or due to circumstances described by law, receive unemployment insurance. State agencies administer this insurance and determine benefit eligibility, amount (if any), and duration.

### 5.2 Workers' Compensation

Workers' Compensation laws compensate for accidental injuries, death and occupational disabilities suffered in the course of employment. Bullion Exchange, LLC provides Workers' Compensation Insurance for all employees. Generally, this includes lost wages, disability payments and hospital, medical and surgical expenses (paid directly to hospital/physician) and assistance in injured employees in returning to suitable employment.

### 5.3 Social Security Benefits (FICA)

Both employees and the Company contribute funds to the federal Social Security Program, which provides retirees with benefit payments and medical coverage.

## Section 6. Rules of Conduct

### 6.1 On the Job

*Reporting for Work*
Employees are expected to begin and end each shift at the time and on the day appointed. You must inform your supervisor *before the* start of the work day if you will be absent or late, and obtain his or her permission to leave early. Absences and late arrivals will be recorded. Should your absences or tardiness exceed a reasonable limit, you will be subject to disciplinary action and possible termination. Failing to call one's supervisor or report to work for consecutive workdays will be considered voluntary resignation, and result in removal from payroll.

*Staying Safe*
Safety in the workplace is the Company's number one priority. You must inform your supervisor in the event of unsafe conditions, accident or injury, and use safe working methods at all times.

*Meals & Breaks*
Unless defined otherwise by New York state law, non-exempt employees are entitled to a paid 10-minute break for every four hours of work, as well as a 30-minute meal break for any shift lasting longer than five hours.

*Cell Phone Use*
Cell phones brought to work must be on silent or vibrate mode to avoid disrupting coworkers. They may only be used during breaks and meal periods, away from where others are working. If cell phone use interferes with operations in any way, an employee's cell phone privilege may be rescinded and disciplinary action, up to and including termination, may be used.

Employees who receive Company cell phones should strive to use them for Company business only. All phones must be shut off during meetings.

### 6.2 Rules & Policies

*Confidentiality*
No previous or current employee may disclose or give access to confidential Company information, in any way or at any time, unless otherwise authorized by Management.

*Discrimination & Harassment*
In keeping with our Equal Opportunity Employment clause, the Company will not tolerate on-site discrimination or harassment on any legally protected basis, including that of physical characteristics, mental characteristics, race, religious or political views, nationality, disability, medical condition, sex, sexual preference, or gender identification. Harassment and discriminatory behavior among employees or contractors will result in disciplinary action, with the possibility of termination. Discrimination and harassment by customers or other business associates should be immediately reported to your supervisor, at which point the Company will investigate and take corrective action. You are welcome to seek legal relief if you find the Company's actions inadequate.

*Drugs & Alcohol*

Good performance on the part of our employees is crucial to Bullion Exchange, LLC's success. For this reason, we strictly forbid employees to do the following while at work*:

- Drinking alcohol and selling, purchasing or using illegal drugs at work. An "illegal drug" is <u>any</u> drug that has not been obtained by legal means. This includes prescription drugs being used for non-prescribed purposes.
- Possession of any non-prescribed controlled substance, including alcohol and legal illegally obtained prescription drugs.
- Reporting for work intoxicated. We reserve the right to test employees for substance abuse. Illegal drugs, illegal drug metabolites, or excessive alcohol in your system will result in disciplinary action.

The Company cares about the overall health and well-being of its employees. Any employee who feels that he/she is developing a substance abuse problem is urged to seek help. The Company will grant time off (within reason) for rehabilitation. Be advised, however, that this will not excuse a substance-related offense. In some cases, completion of Company-approved rehabilitation program may serve as an alternative to termination.

*Any piece of Company property, including Company vehicles, as well as during work hours.

### 6.3 Disciplinary Action

The Company takes disciplinary matters very seriously, and will exact discipline as it sees fit for any unacceptable action or behavior. These may include:

- Excessive lateness and/or absence
- Improper or indecent conduct
- Poor communication
- Uncooperative attitude
- Abuse, perfunctory or unauthorized use, or unauthorized possession of Company property
- Unauthorized use or disclosure of Company information
- Possession and/or use of illegal drugs, weapons or explosives
- Illegal harassment and/or discrimination - of <u>anykind</u>
- Violation of Company policy

Disciplinary action may consist of anything from verbal/written warnings and counselling to demotion, transfer, suspension or termination. Rather than follow rote procedures, the Company will handle each matter individually to ensure fairness to all involved. Please review and internalize the list of "Don'ts" above, and make an effort to use good judgments at all time.

*Workplace Inspections*

At Bullion Exchange, LLC, we have a responsibility to protect our employees and our property. For this reason, we reserve the right to inspect the following, at any time, with or without notice:

- Offices
- Computers and other equipment
- Company vehicles
- Any personal possessions brought onto Company premises, such as handbags, briefcases, and vehicles

All inspections are compulsory. Those who resist inspection may be denied access to Company premises.

**At-Will Employment Agreement and Acknowledgement of Receipt of Employee Handbook**

Employee: Employee

I acknowledge that I have received a copy of the Bullion Exchange, LLC Employee Handbook, which contains vital information on the Company's policies, procedures and benefits.

I understand that this handbook's policies are intended only as guidelines, not as a contract of employment. I understand that my employment is on "at-will" terms and therefore subject to termination, with or without notice or obvious reason, by myself or the Company. Changes to my "at-will" status may only take the form of a written agreement signed by an authorized member of the Company as well as myself. This agreement supersedes all prior/contemporaneous inconsistent agreements.

I understand that the Company may change its policies, procedures and benefits at any time at its discretion, as well as interpret or vary them however it deems appropriate.

I have read (or will read) and agree to abide by all policies and procedures contained therein.

_____    DATED: 10/28/2015
Employee

_____    DATED: 10/28/15
Ernest Gozenput

_____    Dated: 10/28/15
Robert Fuks