





| PLATFORM | | | MARKETING DEPARTMENT | | | | | |
|---|---|---|---|---|---|---|---|---|
| | PRODUCT | CREATIVE | SOCIAL MEDIA | EMAIL | CONTENT | SEO | PAID ADs | MARKETPLACE |
| | | | Fb, IG, TikTok, Twitter, Reddit | | | | | |
| Website | Release Schedule | graphic design | social media posting | website email | | On-Page | Google | eBay ads |
| | Product descriptions | video production | social media engagement | eBay email | Blog posts | Off-page | Bing | eBay Affiliate Pr |
| | Product images | creatives production | social media analysis | walmart email | Guest Posting | Technical SEO | Criteo | Walmart ads & a |
| | Product video | | brand mentions | | | | IG / Fb | Walmart Listings |
| | Product reviews | | | | | | | Walmart Affiliate |
| | PRODUCT | CREATIVE | SOCIAL MEDIA | EMAIL | CONTENT | SEO | | |
| | | | Fb, IG, Reddit | | | | | |
| App | Product descriptions | graphic design | social media posting | website email | PDs write ups | On-Page | | |
| | Product images | video production | social media engagement | | Blog posts | Off-page | | |
| | | creatives production | social media analysis | | Guest Posting | Technical SEO | | |

