Share   Copy link   Download   ···   original_msg.eml   Info   | 1 / 1

| | |
|---|---|
| **From:** | Ekaterina Ovodova <katia@bullionexchanges.com> |
| **Sent on:** | Wednesday, September 6, 2023 7:55:15 PM |
| **To:** | Ekaterina Ovodova <eovodova@gmail.com> |
| **Subject:** | |
| **Attachments:** | contact_export_1117619054644_112222_134754.csv (8.72 MB), contact_export_1117619054644_081122_115428.csv (11.41 MB) |