# Exhibit "A"

Ovodova Ekaterina | AUGUST, 2023

# Marketing Plan Presentation



**Presented By:**
Ovodova Ekaterina

**Presented To:**
BullionSharks

# Agenda

| | | | | |
|---|---|---|---|---|
| ① | Brand Overview & Goals | | ⑦ | Marketing Channels |
| ② | KPI | | ⑧ | Optimization Examples |
| ③ | Roadmap | | ⑨ | Contact |
| ④ | 2 months Action Plan | | | |

# Company Overview & Goals



**$30M+ business**
**($5M in e-commerce).   ---->  $100M Goal in 1-2 years**

- Increase lead generation at the top of the website funnel.
- Ensure a steady flow of high-quality leads.
- Enhance the performance of sales channels, including advertisements and SEO.
- Improve conversion rates to maximize the value from existing leads.
- Boost customer lifetime value (LTV) and implement impactful upselling techniques.
- Establish new marketing channels to expand reach.
- Optimize the website for better user engagement and conversions.
- Scale direct-to-consumer (DTC) and online revenue streams.
- Implement robust KPI reporting to track progress and results.

# Key Performance Indicators

**KPI # 1**

INCREASED ORGANIC TRAFFIC

**KPI # 2**

INCREASED CONVERSION RATE

**KPI # 3**

2X REVENUE IN 12 MONTHS

**KPI # 4**

HIGHER LTV

**KPI # 5**

LOWER CAC

**KPI # 6**

LOWER BOUNCE RATE



# Roadmap

## 2x in 12 months = continuous growth by 6% MoM or 25% quarterly (by Dec 2023).



**audit & set up** — September
- Evaluation
- Audit
- Consolidation
- Channels set up
- Detailed Action Plan

**clean up** — October
- Paid Campaigns Optimization
- 100% SEO Best Practicies

**scale** — November
- Holiday Season Strategy & Execution Across all the mediums

**redifine** — December
- 2024 Bullion Distribution Strategy Across all the mediums

# ACTION PLAN



# Understanding "Point A"

Gather existing information across the board:

Result: consolidated and organized "point A" overview, a compiled list of the software needed.

Time line: 1-2 days

- Website
- Social Media channels
- Auction app
- Exiting paid ads channels

- List of software used & Their Price
- Current marketing budget
- List of KPIs being measured

- Existing strategy and marketing operations plan

# Conduct a thorough audit ( 1-2 weeks) part 1

**SEO Audit**
Result: well defined current SEO landscape & execution plan
Timeline: 1-2 days.

- Gather and analyze the scope of issues and identify growth opportunities,   group issues by type and sort down starting from the most critical ones. Set priorities and deadlines for the issues to be resolved.

*some of them will need to be fix immediately, others can be added to the backlog and tackled through out couple months.

**Paid Ads Audit**
Result: identify areas of improvemnt, detailed action plan
Timeline: 1 day

# Conduct a thorough audit, part 2

**Email Marketing Audit**
Result: defined email marketing plan
Timeline: 1 day

- Analyze current email marketing strategy
- Set up website emails, affiliate emails, eBay emails
- Create a template
- Create a structure/ email send out strategy

**Social Media Audit**
Result: defined social media plan
Timeline: 1-2 days

- Analyze current social media scape
- Take KPI measures
- Understand our audience
- Create a plan to monetize the audience

**Marketplace audit**

Result: marketplace optimization & opt - in useful features
Timeline: 1-2 days

**App Audit**
Result: defined improvement action plan
Timeline: 1-2 days

**Inventory Audit**
Result: clear understanding of inventory turnover
Timeline: 1-2 days

- Consolidatie website inventory
- Understand the priority & demand of items sold
- Understand what makes us money
- Align website front page & keyword strategy

# Marketing Channels

**Email & Text marketing**

Website & ebay nl

**Social Media Marketing**

Tiktok, IG, Fb, Youtube, Reddit, CoinCollect, WhatNot, LinkedIn, Twitter

**Paid Ads**

Google, Bing, Socials

**Affiliate marketing**

eBay partner program
Walmart partner program

**SEO**

off page SEO
on page seo
technical SEO

**Market Place**

eBay / Walmart / WhatNot

# OPTIMIZATION OPPORTUNITIES EXAMPLES



# Current Marketing Distribution:



Opportunities:

- high direct traffic gives us an opportunity to scale conversions by improving UXUI
- great social presence gives us opportunity to monetize our audience by building a better defined funnel
- email marketing lower than industry benchmark (5%), improving that we will increase revenue significantly

# Current email marketing

We can increase conversion rate by:

- adding branding and category buttons
- include call to action, a "buy now" button
- add extra description for rare items
- add auction sign up











# Current Technical SEO overview

Better performing websites are shown higher in search

higher backlink profile - higher the authority and hence the rank



# Current Organic KWs overview

Website ranks on page 2 for a high search volume keywords, hign revenue potential when moved to positions #1-5 and paired with sellable items.

| Keyword | SERP features | Volume | KD | CPC | Organic traffic | Current position | Current URL |
|---|---|---|---|---|---|---|---|
| bullion | Featured snippet | 26000 | 83 | 1.27 | 13 | 13 | https://bullionsharks.com/ |
| quarters worth money | People also ask, | 18000 | 24 | 0.28 | 70 | 15 | https://bullionsharks.com/blog/Rare-State-Quarters |
| morgan silver dollar | People also ask, | 17000 | 39 | 0.3 | 1 | 17 | https://bullionsharks.com/classic-rare-coins/dollars/r |
| valuable pennies | Featured snippet | 14000 | 41 | 0.08 | 2 | 14 | https://bullionsharks.com/blog/top-100-pennies-wort |
| 1942 penny | People also ask, | 9900 | 10 | 0.06 | 0 | 17 | https://bullionsharks.com/blog/how-much-is-a-1942- |
| rare pennies | Sitelinks, People | 8500 | 31 | 0.21 | 0 | 15 | https://bullionsharks.com/blog/pennies-worth-money |
| what pennies are valuable | Featured snippet | 8100 | 44 | 0.12 | 60 | 15 | https://bullionsharks.com/blog/top-100-pennies-wort |
| 1941 wheat penny value | People also ask, | 6100 | 6 | 0.15 | 34 | 12 | https://bullionsharks.com/1941-wheat-penny/ |
| 1945 penny value | Featured snippet | 6000 | 7 | 0.08 | 44 | 11 | https://bullionsharks.com/blog/how-much-is-a-1945- |
| most valuable penny | Featured snippet | 5000 | 39 | 0.04 | 3 | 14 | https://bullionsharks.com/blog/top-100-pennies-wort |
| 1942 penny value | Featured snippet | 4800 | 11 | 0.12 | 0 | 16 | https://bullionsharks.com/blog/how-much-is-a-1942- |
| how much is a 1944 penny worth | Featured snippet | 4600 | 14 | 0.18 | 0 | 17 | https://bullionsharks.com/blog/1944-wheat-penny-va |
| 1942 wheat penny value | Featured snippet | 4300 | 10 | 0.07 | 26 | 13 | https://bullionsharks.com/blog/how-much-is-a-1942- |
| 1945 penny | People also ask, | 4100 | 6 | 0.05 | 0 | 14 | https://bullionsharks.com/blog/how-much-is-a-1945- |
| penny rim errors | People also ask, | 4100 | 4 |  | 41 | 14 | https://bullionsharks.com/blog/penny-errors-to-look- |
| silver nickel years | Featured snippet | 4000 | 17 | 0.71 | 27 | 11 | https://bullionsharks.com/blog/what-year-did-they-st |
| silver nickels | Featured snippet | 4000 | 13 | 0.57 | 18 | 16 | https://bullionsharks.com/1942-1945-wartime-silver- |
| rare quarters | Sitelinks, People | 3500 | 24 | 0.28 | 0 | 17 | https://bullionsharks.com/blog/Rare-State-Quarters |
| quarters that are worth money | Sitelinks, People | 3400 | 24 | 0.12 | 27 | 15 | https://bullionsharks.com/blog/Rare-State-Quarters |

# Thank you!





(347) 567- 5607    eovodova@gmail.com