# EXHIBIT A



GOLD $2,348.20 ▼ $6.20 SILVER $28.23 ▲ $0.16 PLATINUM $978.80 ▼ $6.30 PALLADIUM $1,090.00 ▼ $21.10 VIEW CHARTS

BULLION EXCHANGES

Search our entire site... SEARCH

LOGIN Account 1 ITEM(S) Cart

GOLD SILVER PLATINUM PALLADIUM SALE OTHER IRA SELL TO US CHARTS WHY US?

Home > Search

449 search results for:

## "Double Eagle"

### Filter

**PRICE**
- Under $500 2
- $1,500 to $2,500 307
- Over $2,500 140

**METAL**
- Gold 447
- Silver 1
- Other 1

**CERTIFICATION**
- Certified 419

**BRAND (COUNTRY)**
- U.S.A 449

**FORM**
- Coin 446
- Round 1

**YEAR**
- Pre-1849 1
- 1849-1907 71
- Pre-1933 344
- Pre-1965 1
- 1982 2

SHOW MORE

In Stock Only SORT BY: Position SORT ITEMS: 72 < 1 2 3 4 ... 7 >

$20 Gold Double Eagle Saint Gaudens - Brilliant Uncirculated BU (Random...
AS LOW AS: $2,325.55 BUY NOW

$20 Gold Double Eagle Liberty Head - Brilliant Uncirculated BU (Random...
AS LOW AS: $2,327.55 BUY NOW

$20 Gold Double Eagle Liberty Head Type II - Polished or Cleaned...
AS LOW AS: $2,330.55 BUY NOW

$20 Gold Double Eagle Saint Gaudens - Ex Jewelry (Random Year)
AS LOW AS: $2,290.55 BUY NOW

1911 $20 Gold Saint Gaudens Double Eagle Coin NGC MS 64
AS LOW AS: $4,499.99 BUY NOW

1905 $20 Liberty Head Gold Double Eagle Coin NGC MS 63
AS LOW AS: $9,999.99 BUY NOW

$20 Gold Double Eagle Liberty Head - Polished or Cleaned (Random Year)
AS LOW AS: $2,288.55 BUY NOW

$20 Gold Double Eagle Liberty Head - Extra Fine XF (Random Year)
AS LOW AS: $2,305.55 BUY NOW

$20 Gold Double Eagle Saint Gaudens - Polished or Cleaned (Random Year)
AS LOW AS: $2,295.55 BUY NOW

1924 $20 Gold Saint Gaudens Double Eagle Coin NGC MS 66
AS LOW AS: $3,172.56 BUY NOW

$20 Gold Double Eagle Saint Gaudens PCGS MS 65 (Random Year)
AS LOW AS: $2,637.55 BUY NOW

$20 Gold Double Eagle Saint Gaudens - Almost Uncirculated AU (Random...
AS LOW AS: $2,310.55 BUY NOW

VIEW CHARTS



1 ITEM(S)
Cart

1908 $20 Gold Saint Gaudens Double Eagle Coin PCGS MS 64

AS LOW AS
$5,57...

BUY NOW

1904 $20 Liberty Head Double Eagle Gold Coin NGC MS 65+

AS LOW AS
$4,67...

BUY NOW

1894 $20 Liberty Head Gold Double Eagle Coin NGC MS 63

AS LOW AS
$3,22...

BUY NOW

$20 Gold Double Eagle Liberty Head PCGS AU 55 (Random Year)

AS LOW AS:
$2,332.55

BUY NOW

1907-S $20 Liberty Head Gold Double Eagle Coin NGC MS 63

AS LOW AS:
$3,350.00

BUY NOW

1889-CC $20 Liberty Head Gold Double Eagle Coin PCGS AU 50

AS LOW AS:
$6,500.00

BUY NOW

1906 D $20 Liberty Head Double Eagle Gold Coin NGC MS 63

AS LOW AS:
$4,022.56

BUY NOW

1903 S $20 Liberty Head Gold Double Eagle Coin NGC MS 63

AS LOW AS:
$3,272.56

BUY NOW

1910 S $20 Gold Saint Gaudens Double Eagle Coin PCGS MS 63

AS LOW AS:
$2,822.56

BUY NOW

1910 D $20 Gold Saint Gaudens Double Eagle Coin PCGS MS 65

AS LOW AS:
$3,822.56

BUY NOW

1910-D $20 Gold Saint Gaudens Double Eagle Coin PCGS MS 64

AS LOW AS:
$2,822.56

BUY NOW

1909/8 $20 Gold Saint Gaudens Double Eagle Coin NGC AU Details

AS LOW AS:
$2,397.55

BUY NOW

1909 S $20 Gold Saint Gaudens Double Eagle Coin PCGS MS 63 OGH

AS LOW AS:
$2,842.55

BUY NOW



$20 Gold Double Eagle Liberty Head Type II - Extra Fine XF (Random Year, 1866...

AS LOW AS:
$2,317.55

BUY NOW



Gold Double Eagle Liberty Coin

NOTIFY ME



1853 $20 Liberty Head Double Eagle Gold Coin Cleaned

1897 $20 Liberty Gold Double Eagle NGC MS 64

1925 $20 Gold Saint Gaudens Double Eagle PCGS MS 64+



⊞ VIEW CHARTS

🔍    🛒 1 ITEM(S)
        Cart



$20 Gold Double Eagle
Liberty Head - Ex Jewelry
(Random Year)

NOTIFY ME

1893 $20 Liberty Head
Double Eagle Gold Coin NGC
MS 62

NOTIFY ME

1896 $20 Liberty Head
Double Eagle Gold Coin NGC
MS 62

NOTIFY ME

1895 $20 Liberty Head
Double Eagle Gold Coin
PCGS MS 63

NOTIFY ME

1894 $20 Liberty Head
Double Eagle Gold Coin
PCGS MS 62

NOTIFY ME

$20 Gold Double Eagle Saint
Gaudens PCGS MS 64+
(Random Year)

NOTIFY ME

$20 Gold Double Eagle Saint
Gaudens PCGS MS 65+
(Random Year)

NOTIFY ME

1907 $20 Saint Gaudens
Double Eagle Gold Coin NGC
AU 58

NOTIFY ME

1899 $20 Liberty Head
Double Eagle Gold Coin NGC
MS 64

NOTIFY ME

1925 $20 Gold Saint Gaudens
Double Eagle Coin NGC MS
66

NOTIFY ME

$20 Gold Double Eagle Saint
Gaudens NGC MS 65+
(Random Year)

NOTIFY ME

1895 $20 Liberty Head
Double Eagle Gold Coin NGC
MS 63

NOTIFY ME

1911 $20 Gold Saint Gaudens
Double Eagle Coin PCGS MS
63

NOTIFY ME

1907 $20 Liberty Head
Double Eagle Gold Coin
PCGS MS 62

NOTIFY ME

1907 $20 Gold Saint Gaudens
Double Eagle Coin PCGS MS
63

NOTIFY ME



Q

1 ITEM(S)
Cart

1855 $20 Liberty Head
Double Eagle Gold Coin NGC
AU 55

NOTIFY ME

1877 $20 Liberty Head
Double Eagle Gold Coin NGC
AG 3

NOTIFY ME

$20 Gold Double Eagle Saint
Gaudens PCGS AU 58
(Random Year)

NOTIFY ME



1924 $20 Gold Saint Gaudens
Double Eagle Coin NGC MS
65+

NOTIFY ME

1927 $20 Gold Saint Gaudens
Double Eagle Coin NGC MS
65+

NOTIFY ME

$20 Gold Double Eagle
Liberty Head NGC AU 55
(Random Year)

NOTIFY ME

$20 Gold Double Eagle Saint
Gaudens NGC AU 58
(Random Year)

NOTIFY ME

1910 $20 Gold Saint Gaudens
Double Eagle Coin PCGS MS
64

NOTIFY ME

1920 $20 Gold Saint Gaudens
Double Eagle Coin NGC MS
63

NOTIFY ME

1908 $20 Gold Saint Gaudens
Double Eagle Motto PCGS
MS 63

NOTIFY ME

1870 S $20 Gold Double
Eagle Liberty Head PCGS AU
55

NOTIFY ME

1852 $20 Liberty Head
Double Eagle Gold Coin
PCGS XF Detail

NOTIFY ME

1899 $20 Liberty Head
Double Eagle Gold Coin
PCGS MS 63

NOTIFY ME

1912 $20 Gold St. Gaudens
Double Eagle Coin PCGS AU
58

NOTIFY ME

1922 $20 Gold St. Gaudens
Double Eagle Coin NGC MS
65

NOTIFY ME

VIEW CHARTS



1 ITEM(S)
Cart



1904 $20 Liberty Head Double Eagle Gold Coin NGC MS 64

NOTIFY ME

1894 $20 Liberty Head Double Eagle Gold Coin NGC MS 62

NOTIFY ME

1900 $20 Liberty Head Double Eagle Gold Coin NGC MS 63

NOTIFY ME

1856 $20 Liberty Head Gold Double Eagle Coin ANACS AU 50

NOTIFY ME

1915 S $20 Gold Saint Gaudens Double Eagle ANACS MS 62

NOTIFY ME

1911 D $20 Gold Saint Gaudens Double Eagle ANACS MS 60

NOTIFY ME

$20 Gold Double Eagle Saint Gaudens NGC MS 66 (Random Year)

NOTIFY ME

$20 Gold Double Eagle Liberty Head NGC AU 58 (Random Year)

NOTIFY ME

$20 Gold Double Eagle Liberty Head NGC MS 60 (Random Year)

NOTIFY ME

Items per page: 72

1  2  3  4  ...  7  >

## Best Sellers

VIEW ALL


1 oz Asahi Silver Bar...

AS LOW AS:
$29.31

BUY NOW


10 oz Asahi Silver Bar .999 Fine...

AS LOW AS: $291.60

BUY NOW


1 oz Asahi Silver Round .999 Fine

AS LOW AS: $29.11

BUY NOW


1 oz Australia Perth Mint Silve...

AS LOW AS: $30.21

BUY NOW


1 oz Silver Generic Round...

AS LOW AS: $29.01

BUY NOW


1 Nevada Goldback...

AS LOW AS: $4.79

BUY NOW

**CUSTOMER INFO**
Account Settings
My Order
Market & Price Alerts

**FIND WHAT YOU NEED**
Live Market Graphs
Live Crypto Price
Gold Price

**BULLION EXCHANGES**
About Us
BE Exclusives
Precious Metals IRA

**BUYING & SELLING**
Sell Gold and Silver
State Sales Tax Information
Local Bullion Directory

**EDUCATION**
Learning Center
Why Buy Physical Metals
How to Test Gold



VIEW CHARTS



🛒 1 ITEM(S)
Cart



© 2024 Bullion Exchange, LLC . All Rights Reserved.







GOLD $2,343.00 ▼ $11.40 SILVER $28.16 ▲ $0.08 PLATINUM $973.20 ▼ $11.90 PALLADIUM $1,076.50 ▼ $34.60 VIEW CHARTS

BULLION EXCHANGES

Search our entire site... SEARCH

LOGIN Account

1 ITEM(S) Cart

GOLD SILVER PLATINUM PALLADIUM SALE OTHER IRA SELL TO US CHARTS WHY US?

Home > Search

2687 search results for:

"Gold Eagles"

Filter

PRICE
- Under $500 492
- $500 to $1,000 567
- $1,000 to $1,500 453
- $1,500 to $2,500 759
- Over $2,500 416

METAL
- Gold 2659
- Silver 10
- Other 18

CERTIFICATION
- Certified 2216
- Uncertified 12
- Assay 2
- None 1

BRAND (COUNTRY)
- China 2
- Australia 8
- Canada 5
- U.S.A 2661

FORM
- Coin 2656
- Round 9
- Other 11

PROMOTIONS
- On Sale 1
- IRA Approved 85

YEAR
- Pre-1849 15
- 1849-1907 140
- Pre-1933 814
- Pre-1965 2
- 1968 1

SHOW MORE

In Stock Only SORT BY: Position SORT ITEMS: 36

< 1 2 3 4 ... 75 >

2024 1 oz Gold American Eagle $50 Coin BU

AS LOW AS: $2,431.04 BUY NOW

Roll of 20 - 2024 1 oz Gold American Eagle $50 Coin BU

AS LOW AS: $48,593.82 BUY NOW

2022 1 oz Gold American Eagle PCGS MS 70 First Strike

AS LOW AS: $2,518.00 BUY NOW

$20 Gold Double Eagle Saint Gaudens - Brilliant Uncirculated BU (Random...

AS LOW AS: $2,319.84 BUY NOW

$20 Gold Double Eagle Liberty Head - Brilliant Uncirculated BU (Random...

AS LOW AS: $2,321.84 BUY NOW

$20 Gold Double Eagle Liberty Head Type II - Polished or Cleaned...

AS LOW AS: $2,324.84 BUY NOW

$10 Gold Eagle Liberty Head - Almost Uncirculated AU (Random Year)

AS LOW AS: $1,150.53 BUY NOW

$10 Gold Eagle Liberty Head - Polished or Cleaned (Random Year)

AS LOW AS: $1,148.53 BUY NOW

$10 Gold Eagle Indian Head - Ex Jewelry (Random Year)

AS LOW AS: $1,158.53 BUY NOW

1 oz Gold American Eagle $50 Coin Proof In Cap (Random Year)

AS LOW AS: $2,440.99 BUY NOW

1 oz $50 Gold American Eagle NGC MS 69 (Random Year)

AS LOW AS: $2,392.99 BUY NOW

1 oz $50 Gold American Eagle PCGS MS 69 (Random Year)

AS LOW AS: $2,392.99 BUY NOW

🔍

🛒 1 ITEM(S)
Cart

⊞ VIEW CHARTS



1.85 oz Proof Gold American Eagle 4-Coin Set (Random Year, w/Box & COA)

AS LOW AS
$4,5...    NOW

$5 Gold Half Eagle Liberty Head - Almost Uncirculated AU (Random Year)

AS LOW AS
$601.    NOW

2022-W 1 oz $50 Burnished Gold American Eagle (w/Box & COA)

AS LOW AS
$2,6...    NOW

2022-W 1 oz $50 Burnished Gold American Eagle NGC MS 70

AS LOW AS
$2,693.00    BUY NOW

2022-W 1 oz $50 Burnished Gold American Eagle NGC MS 70 FDOI (David Motl)

AS LOW AS
$2,793.00    BUY NOW

2023-W 1 oz $50 Burnished Gold American Eagle NGC MS 69

AS LOW AS
$2,743.00    BUY NOW

$10 Liberty Head Gold Eagle NGC MS 62 (Random Year)

AS LOW AS:
$1,203.53    BUY NOW

$10 Liberty Head Gold Eagle NGC MS 63 (Random Year)

AS LOW AS:
$1,393.53    BUY NOW

$10 Indian Head Gold Eagle NGC MS 62 (Random Year)

AS LOW AS:
$1,293.54    BUY NOW

$10 Liberty Head Gold Eagle PCGS MS 62 (Random Year)

AS LOW AS:
$1,203.53    BUY NOW

$10 Indian Head Gold Eagle PCGS MS 62 (Random Year)

AS LOW AS:
$1,293.54    BUY NOW

$10 Liberty Head Gold Eagle NGC AU 58 (Random Year)

AS LOW AS:
$1,153.53    BUY NOW

$10 Liberty Head Gold Eagle NGC MS 64 (Random Year)

AS LOW AS:
$1,738.53    BUY NOW

$10 Liberty Head Gold Eagle PCGS MS 64 (Random Year)

AS LOW AS:
$1,738.53    BUY NOW

1902-S $10 Liberty Head Gold Eagle Coin NGC MS 65

AS LOW AS:
$2,943.54    BUY NOW

22 mm Empty Coin Capsule For 1/4 oz Gold Eagle Coins

AS LOW AS:
$1.75    BUY NOW

27 mm Empty Coin Capsule For 1/2 oz Gold Eagle Coins

AS LOW AS:
$1.49    BUY NOW

1993-W 1 oz $50 Proof Gold Eagle NGC PF 70 (Moy Sign)

AS LOW AS:
$3,743.00    BUY NOW





**BULLION EXCHANGES**


1 ITEM(S)
Cart

⊞ VIEW CHARTS

2022-W 1 oz $50 Burnished Gold Eagle PCGS SP 70 FD (Balan Sign)

AS LOW AS:
$2,793.00    [BUY NOW]

2020-W 1.85 oz Proof Gold Eagle 4-Coin Set NGC PF 70 (Moy)

AS LOW AS:
$5,999.55    [BUY NOW]

1909-O $5 Indian Head Half Eagle Gold Coin NGC AU Details

AS LOW AS:
$9,599.99    [BUY NOW]



1843 $2.5 Liberty Head Quarter Eagle Gold Coin NGC AU 58

AS LOW AS:
$1,350.00    [BUY NOW]



1909 D $5 Indian Head Half Eagle Gold Coin NGC AU Mint Error Dropped D

AS LOW AS:
$4,299.99    [BUY NOW]



1907-S $20 Liberty Head Gold Double Eagle Coin NGC MS 63

AS LOW AS:
$3,350.00    [BUY NOW]

Items per page: 36

‹ | **1** | 2 | 3 | 4 | ... | 75 | ›

## Best Sellers

VIEW ALL

1 oz Asahi Silver Bar...

AS LOW AS:
$29.23    [BUY NOW]



10 oz Asahi Silver Bar .999 Fine...

AS LOW AS:
$290.80    [BUY NOW]



1 oz Asahi Silver Round .999 Fine

AS LOW AS:
$29.03    [BUY NOW]



1 oz Australia Perth Mint Silv...

AS LOW AS:
$30.13    [BUY NOW]



1 oz Silver Generic Rounds .999 Fine

AS LOW AS:
$28.93    [BUY NOW]



1 Nevada Goldback...

AS LOW AS:
$4.79    [BUY NOW]



💬 LIVE CHAT          📞 800-852-6884          ✉ EMAIL US

### Join our mailing list for special offers & updates

Enter your email address

[SUBSCRIBE]

### Follow us on social

f  X  ⊙  in  ▶  P  ♪  ⊙

**CUSTOMER INFO**
Account Settings
My Order
Market & Price Alerts
Terms & Conditions
Privacy Policy
Contact Us

**FIND WHAT YOU NEED**
Live Market Graphs
Live Crypto Price
Gold Price
Silver Price
Visit Our Blog
Market News
View FAQ

**BULLION EXCHANGES**
About Us
BE Exclusives
Precious Metals IRA
BULLIONAIRE Club
Reviews
Careers
Military Discount Program

**BUYING & SELLING**
Sell Gold and Silver
State Sales Tax Information
Local Bullion Directory
Crypto Payment
How to Buy Gold
How to Buy Silver
Price Match

**EDUCATION**
Learning Center
Why Buy Physical Metals
How to Test Gold
New Releases
Store Bullion
Coin Values
How to Sell/Redeem PAX Gold




GOLD $2,342.40 ▼ $12.00 SILVER $28.14 ▲ $0.07 PLATINUM $973.20 ▼ $11.90 PALLADIUM $1,079.00 ▼ $32.10 VIEW CHARTS

BULLION EXCHANGES

Search our entire site... SEARCH

LOGIN Account 1 ITEM(S) Cart

GOLD SILVER PLATINUM PALLADIUM SALE OTHER IRA SELL TO US CHARTS WHY US?

Home > Search

324 search results for:

"Maple Leaf"

Filter

PRICE
- Under $500 179
- $500 to $1,000 39
- $1,000 to $1,500 25
- $1,500 to $2,500 57
- Over $2,500 24

METAL
- Gold 128
- Silver 158
- Platinum 23
- Palladium 8
- Other 7

CERTIFICATION
- Uncertified 4
- Certified 66
- Assay 11

BRAND (COUNTRY)
- Canada 309
- Switzerland 1
- U.S.A 6

FORM
- Coin 310
- Bar 4
- Round 2
- Silver Jewelry 1

PROMOTIONS
- IRA Approved 18

YEAR
- 1980 1
- 1983 1
- 1984 1
- 1988 1
- 1989 7

SHOW MORE

In Stock Only SORT BY: Position SORT ITEMS: 36 < 1 2 3 4 ... 9 >

2024 1 oz Canadian Silver Maple Leaf Coin BU

AS LOW AS: $30.59 BUY NOW

ON SALE

2024 1 oz Canadian Gold Maple Leaf $50 Coin BU

AS LOW AS: $2,382.39 BUY NOW

Roll of 25 - 2024 1 oz Canadian Silver Maple Leaf Coin BU

AS LOW AS: $764.75 BUY NOW

ON SALE

1 oz Canadian Gold Maple Leaf Coin (Random Year, Abrasions)

AS LOW AS: $2,354.39 BUY NOW

ON SALE

Silver at Spot - 2024 1 oz Canadian Silver Maple Leaf Coin BU

AS LOW AS: $28.14 BUY NOW

Empty Yellow Monster Box For Silver Maple Leaf Coins

AS LOW AS: $18.99 BUY NOW

2023 Solomon Islands 2 oz Silver Filigree Maple Leaf Coin

AS LOW AS: $162.99 BUY NOW

Empty 1 oz Platinum Maple Leaf Coin Tube (Slightly Used, Brown)

AS LOW AS: $3.45 BUY NOW

Empty 1 oz Gold Maple Leaf Coin Tubes (Slightly Used, Red)

AS LOW AS: $1.45 BUY NOW

2024 Canada 1.4 oz Gold Maple Leaf 45th Ann. 4-Coin Set

AS LOW AS: $4,069.99 BUY NOW

Empty Yellow Monster Box For Silver Maple Leaf Coins with 20 Tubes

AS LOW AS: $47.99 BUY NOW

2024 1/4 oz Canadian Gold Maple Leaf $10 Coin BU (Sealed)

AS LOW AS: $625.71 BUY NOW

VIEW CHARTS


BULLION EXCHANGES

🔍

🛒 1 ITEM(S)
Cart

---

2024 1/10 oz Canadian Gold Maple Leaf $5 Coin BU (Sealed)


AS LOW AS:
$256

BUY NOW

2024 1 oz Canadian Gold Maple Leaf $50 Coin BU (In Assay)


AS LOW AS:
$2,39...

BUY NOW

2024 Canada 1 oz Treasured Silver Maple Leaf Dragon Privy Coin First Strikes


AS LOW AS:
$43.4...

BUY NOW

---

2024 Canada 1 oz Treasured Silver Maple Leaf Congratulations Privy Coin...

AS LOW AS:
$43.49

BUY NOW

2022 1/10 oz Canadian Treasured Gold Maple Leaf $5 Coin BU - Congratulations

AS LOW AS:
$257.66

BUY NOW

Monster Box of 500 - 2024 1 oz Canadian Silver Maple Leaf Coin BU

AS LOW AS:
$15,295.00

BUY NOW

---


Roll of 10 - 2024 1 oz Canadian Gold Maple Leaf $50 Coin BU

AS LOW AS:
$23,822.21

BUY NOW


1989 1.85 oz Proof Canadian Gold Maple Leaf 10th Ann. 4-Coin Set

AS LOW AS:
$5,083.44

BUY NOW


2024 Canada 1 oz Treasured Silver Maple Leaf Polar Bear Privy Coin First Strikes

AS LOW AS:
$43.49

BUY NOW

---


2000 1 oz Silver Canadian Maple Leaf Fireworks Privy .9999 Fine $5 Coin BU

AS LOW AS:
$58.14

BUY NOW


2024 Canada 1/10 oz Treasured Gold Maple Leaf Polar Bear Privy Coin First...

AS LOW AS:
$250.24

BUY NOW


2022 1/10 oz Canadian Treasured Gold Maple Leaf $5 Coin BU - Year of the Tiger

AS LOW AS:
$257.66

BUY NOW

---


2022 1 oz Canadian Silver Maple Leaf .9999 Fine $5 Coin BU

NOTIFY ME


Roll of 25 - 2022 1 oz Canadian Silver Maple Leaf .9999 Fine $5 Coin BU (Lot,...

NOTIFY ME


Monster Box of 500 - 2022 1 oz Canadian Silver Maple Leaf .9999 Fine $5 Coin BU...

NOTIFY ME

---


2022 1 oz Canadian Gold Maple Leaf $50 Coin .9999 Fine BU


Roll of 10 - 2022 1 oz Canadian Gold Maple Leaf $50 Coin .9999 Fine BU (Lot,...


2023 1 oz Canadian Gold Maple Leaf BU (MintID NFC Scan Card)





VIEW CHARTS




1 ITEM(S)
Cart



2022 1 oz Canadian Gold Maple Leaf $50 Coin .9999 Fine BU (In MintID NFC Sca...

NOTIFY ME



2022 1/2 oz Canadian Gold Maple Leaf $20 Coin .9999 Fine BU (Sealed)

NOTIFY ME



2022 1/4 oz Canadian Gold Maple Leaf $10 Coin .9999 Fine BU (Sealed)

NOTIFY ME



2023 Canada 1 oz Platinum Maple Leaf Forever Coin .9995 Fine

NOTIFY ME



2022 1 oz Platinum Canadian Maple Leaf $50 Coin .9995 Fine BU

NOTIFY ME



2022 1/10 oz Canadian Gold Maple Leaf $5 Coin .9999 Fine BU (Sealed)

NOTIFY ME

Items per page: 36

‹ **1** 2 3 4 ... 9 ›

## Best Sellers

VIEW ALL



1 oz Asahi Silver Bar...

AS LOW AS:
$29.19

BUY NOW



10 oz Asahi Silver Bar .999 Fine...

AS LOW AS:
$290.40

BUY NOW



1 oz Asahi Silver Round .999 Fine

AS LOW AS:
$28.99

BUY NOW



1 oz Australia Perth Mint Silve...

AS LOW AS:
$30.09

BUY NOW



1 oz Silver Generic Rounds .999 Fine

AS LOW AS:
$28.89

BUY NOW



1 Nevada Goldback...

AS LOW AS:
$4.79

BUY NOW



💬 LIVE CHAT        📞 800-852-6884        ✉️ EMAIL US

### Join our mailing list for special offers & updates

Enter your email address

SUBSCRIBE

Follow us on social

f  X  📷  in  ▶  P  ♪  👻

**CUSTOMER INFO**
Account Settings
My Order
Market & Price Alerts
Terms & Conditions
Privacy Policy
Contact Us

**FIND WHAT YOU NEED**
Live Market Graphs
Live Crypto Price
Gold Price
Silver Price
Visit Our Blog
Market News

**BULLION EXCHANGES**
About Us
BE Exclusives
Precious Metals IRA
BULLIONAIRE Club
Reviews
Careers

**BUYING & SELLING**
Sell Gold and Silver
State Sales Tax Information
Local Bullion Directory
Crypto Payment
How to Buy Gold
How to Buy Silver

**EDUCATION**
Learning Center
Why Buy Physical Metals
How to Test Gold
New Releases
Store Bullion
Coin Values





GOLD $2,350.50 $3.90 | SILVER $28.40 $0.33 | PLATINUM $979.20 $5.90 | PALLADIUM $1,085.50 $25.60 | VIEW CHARTS

BULLION EXCHANGES

Search our entire site... SEARCH

LOGIN Account | 1 ITEM(S) Cart

GOLD | SILVER | PLATINUM | PALLADIUM | SALE | OTHER | IRA | SELL TO US | CHARTS | WHY US?

Home > Search

388 search results for:

## "Morgan Dollar"

### Filter

Under $500 × | Coin × | Reset

**PRICE**

- [x] Under $500 — 388
- [ ] $500 to $1,000 — 56
- [ ] $1,000 to $1,500 — 5
- [ ] $1,500 to $2,500 — 8
- [ ] Over $2,500 — 8

**METAL**

- [ ] Silver — 388

**CERTIFICATION**

- [ ] Certified — 308
- [ ] None — 1

**BRAND (COUNTRY)**

- [ ] U.S.A — 387

**FORM**

- [x] Coin — 388
- [ ] Round — 7
- [ ] Coin Set — 2
- [ ] Other — 10

**PROMOTIONS**

- [ ] IRA Approved — 1

**YEAR**

- [ ] 1849-1907 — 188
- [ ] Pre-1933 — 67
- [ ] Pre-1965 — 19
- [ ] 1978 — 1
- [ ] 2021 — 42

SHOW MORE

In Stock Only | SORT BY: Year (Descending) | SORT ITEMS: 36 | < 1 2 3 4 ... 11 >

1878-1904 Morgan Silver Dollar XF (Random Year)
AS LOW AS: $36.26 BUY NOW

1878 Silver Morgan Dollar 8 Tailfeathers VG-VF
AS LOW AS: $92.11 BUY NOW

1893 Morgan Silver Dollar $1 NGC XF Details
AS LOW AS: $499.99 BUY NOW

2023-S Morgan Silver Dollar Proof Coin PCGS PF 69 FS
AS LOW AS: $85.50 BUY NOW

2023-S Morgan Silver Dollar Proof Coin PCGS PF 70 FS
AS LOW AS: $98.99 BUY NOW

2023-S Morgan Silver Dollar Proof Coin NGC PF 69 ER
AS LOW AS: $87.99 BUY NOW

2023 Morgan Silver Dollar PCGS MS 70 FS (Morgan Label)
AS LOW AS: $103.99 BUY NOW

2023-S Morgan Silver Dollar Proof Coin PCGS PF 70 FS (Morgan Label)
AS LOW AS: $98.99 BUY NOW

2023-S Morgan Silver Dollar Proof Coin NGC PF 69 ER (Morgan Label)
AS LOW AS: $87.99 BUY NOW

2023 Morgan Silver Dollar CAC MS 70 Advanced Delivery
AS LOW AS: $178.99 BUY NOW

2023 Morgan Silver Dollar CAC MS 70 First Delivery
AS LOW AS: $148.99 BUY NOW

2023-S Morgan Silver Dollar Proof CAC PF 70 Advanced Delivery
AS LOW AS: $183.99 BUY NOW

BULLION
EXCHANGES

1 ITEM(S)
Cart



**ON SALE**

2023-S Morgan and Peace
Silver Dollar Proof 2-Coin Set
PCGS PF 69 FS

AS LOW AS:
$168.00    BUY NOW

**ON SALE**

2023-S Morgan and Peace
Silver Dollar Proof 2-Coin Set
PCGS PF 69 FS...

AS LOW AS:
$168.00    BUY NOW

1878 Silver Morgan Dollar 7
Tailfeathers Reverse of 78
VG-XF

AS LOW AS:
$55.10    BUY NOW

1884-CC Morgan Silver Dollar
$1 BU GSA

AS LOW AS:
$304.99    BUY NOW

1884-CC Morgan Silver Dollar
$1 BU GSA (w/Box & COA)

AS LOW AS:
$314.99    BUY NOW

1878-1904 Morgan Silver
Dollar AU (Random Year)

AS LOW AS:
$41.26    BUY NOW

1878-1904 Morgan Silver
Dollar BU (Random Year)

AS LOW AS:
$50.26    BUY NOW

1883 CC Morgan Silver Dollar
$1 BU GSA

AS LOW AS:
$304.99    BUY NOW

1883-CC Morgan Silver Dollar
$1 BU GSA (w/Box & COA)

AS LOW AS:
$337.10    BUY NOW

1901 Silver Morgan Dollar XF

NOTIFY ME

1880-CC Silver Morgan Dollar
AG

NOTIFY ME

1886-O Silver Morgan Dollar
AU

NOTIFY ME

1890-CC Silver Morgan Dollar
Fine

NOTIFY ME

1894-O Silver Morgan Dollar
AU

NOTIFY ME

1892 O Silver Morgan Dollar
AU

NOTIFY ME







1888 S Silver Morgan Dollar Cleaned

1881-CC Silver Morgan Dollar G (Cleaned)

1881-CC Silver Morgan Dollar Fine (Cleaned)

NOTIFY ME

NOTIFY ME

NOTIFY ME

1892-CC Silver Morgan Dollar VF (Cleaned)

1904-S Morgan Silver Dollar $1 Fine

1883-CC Morgan Silver Dollar $1 Cleaned

NOTIFY ME

NOTIFY ME

NOTIFY ME

Items per page: 36

‹ **1** 2 3 4 ... 11 ›

## Best Sellers

VIEW ALL



1 oz Asahi Silver Bar...

AS LOW AS: $29.42 | BUY NOW

10 oz Asahi Silver Bar .999 Fine...

AS LOW AS: $292.70 | BUY NOW

1 oz Asahi Silver Round .999 Fine

AS LOW AS: $29.22 | BUY NOW

1 oz Australia Perth Mint Silve...

AS LOW AS: $30.32 | BUY NOW

1 oz Silver Generic Round...

AS LOW AS: $29.12 | BUY NOW

1 Nevada Goldback...

AS LOW AS: $4.80 | BUY NOW

💬 LIVE CHAT    📞 800-852-6884    ✉ EMAIL US

**Join our mailing list for special offers & updates**

Enter your email address

SUBSCRIBE

**Follow us on social**

**CUSTOMER INFO**
Account Settings
My Order
Market & Price Alerts
Terms & Conditions
Privacy Policy
Contact Us

**FIND WHAT YOU NEED**
Live Market Graphs
Live Crypto Price
Gold Price
Silver Price
Visit Our Blog
Market News
View FAQ

**BULLION EXCHANGES**
About Us
BE Exclusives
Precious Metals IRA
BULLIONAIRE Club
Reviews
Careers
Military Discount Program

**BUYING & SELLING**
Sell Gold and Silver
State Sales Tax Information
Local Bullion Directory
Crypto Payment
How to Buy Gold
How to Buy Silver
Price Match

**EDUCATION**
Learning Center
Why Buy Physical Metals
How to Test Gold
New Releases
Store Bullion
Coin Values
How to Sell/Redeem PAX Gold

4/10/24, 12:07 AM
Case 2:24-cv-00467-DG-JMW    Document 39-1    Filed 04/10/24    Page 17 of 30 PageID #: 394
Search results for morgan dollar



VIEW CHARTS



1 ITEM(S)
Cart





154 search results for:

"Peace Dollars"

Filter

Coin x Coin Set x Reset

PRICE
- Under $500 142
- $500 to $1,000 6
- $1,500 to $2,500 3
- Over $2,500 3

METAL
- Silver 154

CERTIFICATION
- Certified 111

BRAND (COUNTRY)
- U.S.A 154

FORM
- Coin 152
- Round 1
- Coin Set 2
- Other 6

YEAR
- 1849-1907 2
- Pre-1933 30
- Pre-1965 31
- 2021 14
- 2023 57

In Stock Only SORT BY: Position SORT ITEMS: 36 1 2 3 4 5

1921 Silver Peace Dollar High Relief VG-XF

AS LOW AS: $226.85 BUY NOW

1934 Peace Silver Dollar $1 NGC AU 58

AS LOW AS: $119.99 BUY NOW

ON SALE

2023-S Peace Silver Dollar Proof Coin PCGS PF 69 FS (Peace Label)

AS LOW AS: $85.50 BUY NOW

2023-S Peace Silver Dollar Proof Coin NGC PF 69 ER (Peace Label)

AS LOW AS: $87.99 BUY NOW

2023 Peace Silver Dollar CAC MS 70 Advanced Delivery

AS LOW AS: $178.99 BUY NOW

2023-S Peace Silver Dollar Proof CAC PF 70 Advanced Delivery

AS LOW AS: $183.99 BUY NOW

2023-S Peace Silver Dollar Proof Coin NGCX PF 10 ER (X Label)

AS LOW AS: $143.99 BUY NOW

2023-S Peace Silver Dollar Proof Coin NGCX PF 10 ER (Peace Label)

AS LOW AS: $143.99 BUY NOW

2023-S Peace Silver Dollar Reverse Proof PCGS PF 70 FS

AS LOW AS: $158.99 BUY NOW

2023-S Peace Silver Dollar Reverse Proof PCGS PF 70 FS (Peace Label)

AS LOW AS: $158.99 BUY NOW

2023-S Peace Silver Dollar Reverse Proof NGC PF 70 ER

AS LOW AS: $158.99 BUY NOW

2023-S Peace Silver Dollar Reverse Proof CAC PF 70 First Delivery

AS LOW AS: $158.99 BUY NOW

VIEW CHARTS



1 ITEM(S)
Cart

2023-S Morgan and Peace
Silver Dollar Proof 2-Coin Set
PCGS PF 70 FS

ON SALE
AS LOW AS
$203



2023-S Morgan and Peace
Silver Dollar Proof 2-Coin Set
PCGS PF 69 FS

AS LOW AS
$168.



2023-S Morgan and Peace
Silver Dollar Proof 2-Coin Set
PCGS PF 69 FS

AS LOW AS
$168.



2023-S Peace Silver Dollar
Proof Coin PCGS PF 69 FS

AS LOW AS:
$85.50    BUY NOW

2023-S Peace Silver Dollar
Proof Coin PCGS PF 70 FS

AS LOW AS:
$98.99    BUY NOW

2023-S Peace Silver Dollar
Proof Coin NGC PF 69 ER

AS LOW AS:
$87.99    BUY NOW



1922-1935 Peace Silver Dollar
BU (Random Year)

AS LOW AS:
$30.55    BUY NOW



Roll of 20 - 1922-1935 Peace
Silver Dollar BU (Random
Year)

AS LOW AS:
$610.97    BUY NOW



1921 Peace Silver Dollar High
Relief (Cull)

AS LOW AS:
$86.85    BUY NOW



1928 Silver Peace Dollar Cull

NOTIFY ME

1934 Silver Peace Dollar BU

NOTIFY ME



1934 Silver Peace Dollar XF

NOTIFY ME



1935 Silver Peace Dollar XF

NOTIFY ME



1935 Silver Peace Dollar AU

NOTIFY ME



1925 Silver Peace Dollar BU

NOTIFY ME

1934 Silver Peace Dollar AU

NOTIFY ME

1926 Silver Peace Dollar AU

NOTIFY ME

1928 S Silver Peace Dollar AU

NOTIFY ME





1922 D Silver Peace Dollar AU    1922 D Silver Peace Dollar BU    1923 D Silver Peace Dollar AU

1923 S Silver Peace Dollar BU    1927 S Silver Peace Dollar AU    1934 Silver Peace Dollar VG-VF

NOTIFY ME    NOTIFY ME    NOTIFY ME

Items per page: 36    ‹  **1**  2  3  4  5  ›

## Best Sellers

VIEW ALL



1 oz Asahi Silver Bar...

AS LOW AS: $29.27    **BUY NOW**

10 oz Asahi Silver Bar .999 Fine...

AS LOW AS: $291.20    **BUY NOW**

1 oz Asahi Silver Round .999 Fine

AS LOW AS: $29.07    **BUY NOW**

1 oz Australia Perth Mint Silve...

AS LOW AS: $30.17    **BUY NOW**

1 oz Silver Generic Rounds .999 Fine

AS LOW AS: $28.97    **BUY NOW**

1 Nevada Goldback...

AS LOW AS: $4.79    **BUY NOW**

💬 LIVE CHAT          📞 800-852-6884          ✉ EMAIL US

### Join our mailing list for special offers & updates

Enter your email address          **SUBSCRIBE**

### Follow us on social

**CUSTOMER INFO**
Account Settings
My Order
Market & Price Alerts
Terms & Conditions
Privacy Policy
Contact Us

**FIND WHAT YOU NEED**
Live Market Graphs
Live Crypto Price
Gold Price
Silver Price
Visit Our Blog
Market News
View FAQ

**BULLION EXCHANGES**
About Us
BE Exclusives
Precious Metals IRA
BULLIONAIRE Club
Reviews
Careers
Military Discount Program

**BUYING & SELLING**
Sell Gold and Silver
State Sales Tax Information
Local Bullion Directory
Crypto Payment
How to Buy Gold
How to Buy Silver
Price Match

**EDUCATION**
Learning Center
Why Buy Physical Metals
How to Test Gold
New Releases
Store Bullion
Coin Values
How to Sell/Redeem PAX Gold

Case 2:24-cv-00467-DG-JMW   Document 39   Filed 04/19/24   Page 21 of 30 PageID #: 398





1 ITEM(S)
Cart

VIEW CHARTS







GOLD $2,351.10 $3.30 SILVER $28.30 $0.23 PLATINUM $975.50 $9.60 PALLADIUM $1,083.50 $27.60 VIEW CHARTS

BULLION EXCHANGES

Search our entire site... SEARCH

LOGIN Account 1 ITEM(S) Cart

GOLD SILVER PLATINUM PALLADIUM SALE OTHER IRA SELL TO US CHARTS WHY US?

Home > Search

350 search results for:

"Platinum Eagles"

Filter

PRICE
- Under $500 98
- $500 to $1,000 73
- $1,000 to $1,500 103
- $1,500 to $2,500 57
- Over $2,500 19

METAL
- Platinum 346
- Other 4

CERTIFICATION
- Uncertified 1
- Certified 271
- None 1

BRAND (COUNTRY)
- U.S.A 348

FORM
- Coin 344
- Coin Set 1
- Other 1

PROMOTIONS
- IRA Approved 14

YEAR
- 1977 1
- 1987 1
- 1997 18
- 1998 12
- 1999 12

SHOW MORE

In Stock Only SORT BY: Position SORT ITEMS: 36 < 1 2 3 4 ... 10 >

1 oz Platinum American Eagle (Random Year)

AS LOW AS: $1,149.59 BUY NOW

2007 W 1/2 oz $50 Platinum American Eagle Reverse Proof Coin NGC PF 70 10th...

AS LOW AS: $1,087.30 BUY NOW

2011 W 1 oz $100 Platinum American Eagle Proof Coin NGC PF 70 Ultra Cameo

AS LOW AS: $1,474.60 BUY NOW

2000 W 1/2 oz $50 Platinum American Eagle Proof Coin NGC PF 70 UCAM

AS LOW AS: $887.30 BUY NOW

2003 W 1/2 oz $50 Platinum American Eagle Proof Coin NGC PF 70 UCAM

AS LOW AS: $887.29 BUY NOW

2020 1 oz Platinum American Eagle NGC MS 70 FDOI (Anna Cabral)

AS LOW AS: $1,374.60 BUY NOW

1997-W 1/2 oz Proof Platinum American Eagle $50 Coin

AS LOW AS: $787.29 BUY NOW

Empty 1 oz Platinum American Eagle Coin Tube (Slightly Used, White)

AS LOW AS: $9.49 BUY NOW

2022 1 oz Platinum American Eagle $100 Coin BU

NOTIFY ME

2020 1 oz Platinum American Eagle $100 Coin BU

NOTIFY ME

2018 1 oz Platinum American Eagle $100 Coin BU

NOTIFY ME

2019 1 oz Platinum American Eagle $100 Coin BU

NOTIFY ME

VIEW CHARTS

🔍

1 ITEM(S)
Cart



2018 1 oz Platinum American Eagle NGC MS 70 Early Releases

NOTIFY ME

2007 W 1 oz Platinum American Eagle Proof Coin (w/Box & COA)

NOTIFY ME

2011 W 1 oz $100 Platinum American Eagle Proof Coin (w/Box & COA)

NOTIFY ME



2018-W 1 oz Proof Platinum American Eagle - Life - Preamble to the Declaratio...

NOTIFY ME

2018-W 1 oz Proof Platinum American Eagle - Life - NGC PF 69 ER

NOTIFY ME

2018-W 1 oz Proof Platinum American Eagle - Life - NGC PF 70 ER

NOTIFY ME

2018-W 1 oz Proof Platinum American Eagle - Life - PCGS PF 69 FS

NOTIFY ME

2018-W 1 oz Proof Platinum American Eagle - Life - PCGS PF 70 FS

NOTIFY ME

2018-W 1 oz Proof Platinum American Eagle - Life - PCGS PF 70 FS (Life Label)

NOTIFY ME



2018 1 oz Platinum American Eagle PCGS MS 70 First Day of Issue

NOTIFY ME

2018 1 oz Platinum American Eagle NGC MS 70 First Day of Issue

NOTIFY ME

2019 1 oz Platinum American Eagle PCGS MS 69 First Strike

NOTIFY ME




1 ITEM(S)
Cart

VIEW CHARTS



2019 1 ... erican Eagle ... Strike 2019-W 1 oz Platinum American Eagle NGC MS 70 Early Releases

NOTIFY ME

2019 1 ... erican Eagle ... of Issue 2019-W 1 oz Platinum American Eagle NGC MS 70 First Day of Issue

NOTIFY ME

2019 1 ... erican Eagle ... Releases 2019-W 1 oz Proof Platinum American Eagle - Liberty - Preamble to the Declaratio...

NOTIFY ME



2019-W 1 oz Proof Platinum American Eagle - Liberty - NGC PF 69 ER

NOTIFY ME



2019-W 1 oz Proof Platinum American Eagle - Liberty - PCGS PF 69 FS

NOTIFY ME



2019-W 1 oz Proof Platinum American Eagle - Liberty - PCGS PF 70 FS

NOTIFY ME

Items per page: 36

‹  **1**  2  3  4  ...  10  ›

## Best Sellers

VIEW ALL





1 oz Asahi Silver Bar...

AS LOW AS: $29.35

BUY NOW

10 oz Asahi Silver Bar .999 Fine...

AS LOW AS: $292.00

BUY NOW

1 oz Asahi Silver Round .999 Fine

AS LOW AS: $29.15

BUY NOW

1 oz Australia Perth Mint Silve...

AS LOW AS: $30.25

BUY NOW

1 oz Silver Generic Rounds .999 Fine

AS LOW AS: $29.05

BUY NOW

1 Nevada Goldback...

AS LOW AS: $4.79

BUY NOW



💬 LIVE CHAT          📞 800-852-6884          ✉ EMAIL US

### Join our mailing list for special offers & updates

Enter your email address

SUBSCRIBE

### Follow us on social

[facebook] [X] [instagram] [linkedin] [youtube] [pinterest] [tiktok] [snapchat]

**CUSTOMER INFO**
Account Settings
My Order
Market & Price Alerts
Terms & Conditions
Privacy Policy
Contact Us

**FIND WHAT YOU NEED**
Live Market Graphs
Live Crypto Price
Gold Price
Silver Price
Visit Our Blog
Market News
View FAQ

**BULLION EXCHANGES**
About Us
BE Exclusives
Precious Metals IRA
BULLIONAIRE Club
Reviews
Careers
Military Discount Program

**BUYING & SELLING**
Sell Gold and Silver
State Sales Tax Information
Local Bullion Directory
Crypto Payment
How to Buy Gold
How to Buy Silver
Price Match

**EDUCATION**
Learning Center
Why Buy Physical Metals
How to Test Gold
New Releases
Store Bullion
Coin Values
How to Sell/Redeem PAX Gold

 **BULLION EXCHANGES** 

 VIEW CHARTS

🛒 1 ITEM(S)
Cart

© 2024 Bullion Exchange, LLC . All Rights Reserved.







GOLD $2,347.30 ▼ $7.10 SILVER $28.34 ▲ $0.26 PLATINUM $977.00 ▼ $8.10 PALLADIUM $1,084.00 ▼ $27.10 VIEW CHARTS

BULLION EXCHANGES

Search our entire site... SEARCH

LOGIN Account 1 ITEM(S) Cart

GOLD SILVER PLATINUM PALLADIUM SALE OTHER IRA SELL TO US CHARTS WHY US?

Home > Search

1274 search results for:

"Silver Eagles"

Filter

PRICE
- Under $500 1094
- $500 to $1,000 99
- $1,000 to $1,500 29
- $1,500 to $2,500 25
- Over $2,500 27

METAL
- Gold 4
- Silver 1233
- Other 37

CERTIFICATION
- Uncertified 7
- Certified 969
- None 2

BRAND (COUNTRY)
- China 1
- Australia 14
- Canada 5
- Switzerland 1
- U.S.A 1223

SHOW MORE

FORM
- Coin 1214
- Bar 9
- Round 8
- Certified Coin 2
- US Notes/World Notes 1

SHOW MORE

PROMOTIONS
- IRA Approved 22

YEAR
- Pre-1849 2
- 1849-1907 3
- 1986 15
- 1987 8
- 1988 8

SHOW MORE

In Stock Only SORT BY: Year (Ascending) SORT ITEMS: 36 < 1 2 3 4 ... 36 >

1987-S 1 oz Proof Silver American Eagle (w/Box & COA)
AS LOW AS: $88.33 BUY NOW

Roll of 20 - 1988 1 oz Silver American Eagle $1 Coin BU (Lot, Tube of 20)
AS LOW AS: $886.60 BUY NOW

1988 1 oz Silver American Eagle $1 Coin BU
AS LOW AS: $44.33 BUY NOW

1988 1 oz Silver American Eagle $1 Coin NGC MS 69
AS LOW AS: $60.33 BUY NOW

1989 1 oz Silver American Eagle $1 Coin BU
AS LOW AS: $46.93 BUY NOW

1989 1 oz Silver American Eagle $1 Coin NGC MS 69
AS LOW AS: $65.33 BUY NOW

1990 1 oz Silver American Eagle $1 Coin NGC MS 69
AS LOW AS: $92.33 BUY NOW

1991 1 oz Silver American Eagle $1 Coin NGC MS 69
AS LOW AS: $85.33 BUY NOW

1992 1 oz Silver American Eagle $1 Coin NGC MS 69
AS LOW AS: $69.33 BUY NOW

1993 1 oz Silver American Eagle $1 Coin NGC MS 69
AS LOW AS: $69.33 BUY NOW

1994 1 oz Silver American Eagle $1 Coin NGC MS 69
AS LOW AS: $83.33 BUY NOW

1995 1 oz Silver American Eagle $1 Coin NGC MS 69
AS LOW AS: $90.33 BUY NOW

VIEW CHARTS



1 ITEM(S)
Cart



2000 1 oz Silver American Eagle $1 Coin NGC MS 69

AS LOW AS:
$81.33

BUY NOW



2001-W 1 oz Proof Silver American Eagle (w/Box & COA)

AS LOW AS:
$82.33

BUY NOW



2002-W 1 oz Proof Silver American Eagle (w/Box & COA)

AS LOW AS:
$78.33

BUY NOW



2003-W 1 oz Proof Silver American Eagle (w/Box & COA)

AS LOW AS:
$73.33

BUY NOW



2008-W 1 oz Proof Silver American Eagle (w/Box & COA)

AS LOW AS:
$78.33

BUY NOW



2011 (S) 1 oz Silver American Eagle $1 Coin NGC MS 69 ER (SF Label)

AS LOW AS:
$54.34

BUY NOW



2011-W 1 oz Proof Silver American Eagle (w/Box & COA)

AS LOW AS:
$78.33

BUY NOW



2012-W 1 oz Proof Silver American Eagle (w/Box & COA)

AS LOW AS:
$78.33

BUY NOW



2013-W 1 oz Proof Silver American Eagle (w/Box & COA)

AS LOW AS:
$78.33

BUY NOW



2016-W 1 oz Proof Silver American Eagle - 30th Anniversary (w/Box & COA)

AS LOW AS:
$73.33

BUY NOW



2018-W 1 oz Proof Silver American Eagle (w/Box & COA)

AS LOW AS:
$75.33

BUY NOW



NO COIN - 2020-W V75 Privy 1 oz Proof Silver American Eagle End of WWII 75th...

AS LOW AS:
$8.49

BUY NOW

ON SALE



2021 1 oz Silver American Eagle Type 2 NGC MS 70 FDOI

AS LOW AS:
$53.33

BUY NOW

ON SALE




2021 1 oz Silver American Eagle Type 2 NGC MS 70 FDOI (Eagle Label)

AS LOW AS:
$53.33

BUY NOW



2021 (P) 1 oz Silver American Eagle PCGS MS 70 FDOI Emergency Issue

AS LOW AS:
$54.99

BUY NOW





**BULLION EXCHANGES**


1 ITEM(S)
Cart

VIEW CHARTS

Lot of 20 - 2021 (P) 1 oz Silver American Eagle PCGS MS 70 FDOI Emergency Issue

AS LOW AS:
$1,099.80
BUY NOW

2021 (P) 1 oz Silver American Eagle PCGS MS 70 FDOI (Philadelphia) Emergency...

AS LOW AS:
$54.99
BUY NOW

Lot of 20 - 2021 (P) 1 oz Silver American Eagle PCGS MS 70 FDOI (Philadelphia)...

AS LOW AS:
$1,099.80
BUY NOW



2021 (P) 1 oz Silver American Eagle NGC MS 69 ER Emergency Production

AS LOW AS:
$39.99
BUY NOW



2021 S 1 oz Proof Silver American Eagle Type 2 Limited Edition PCGS PF 69...

AS LOW AS:
$109.99
BUY NOW



ON SALE

Lot of 20 - 2021 1 oz Silver American Eagle Type 2 NGC MS 70 FDOI

AS LOW AS:
$1,066.60
BUY NOW

Items per page: 36

‹ | **1** | 2 | 3 | 4 | ... | 36 | ›

## Best Sellers

VIEW ALL

1 oz Asahi Silver Bar...

AS LOW AS:
$29.39
BUY NOW


10 oz Asahi Silver Bar .999 Fine...

AS LOW AS:
$292.40
BUY NOW


1 oz Asahi Silver Round .999 Fine

AS LOW AS:
$29.19
BUY NOW


1 oz Australia Perth Mint Silve...

AS LOW AS:
$30.29
BUY NOW


1 oz Silver Generic Rounds .999 Fine

AS LOW AS:
$29.09
BUY NOW


1 Nevada Goldback...

AS LOW AS:
$4.80
BUY NOW

---

💬 **LIVE CHAT**        📞 **800-852-6884**        ✉️ **EMAIL US**

### Join our mailing list for special offers & updates

Enter your email address

SUBSCRIBE

### Follow us on social

      

**CUSTOMER INFO**
Account Settings
My Order
Market & Price Alerts
Terms & Conditions
Privacy Policy
Contact Us

**FIND WHAT YOU NEED**
Live Market Graphs
Live Crypto Price
Gold Price
Silver Price
Visit Our Blog
Market News
View FAQ

**BULLION EXCHANGES**
About Us
BE Exclusives
Precious Metals IRA
BULLIONAIRE Club
Reviews
Careers
Military Discount Program

**BUYING & SELLING**
Sell Gold and Silver
State Sales Tax Information
Local Bullion Directory
Crypto Payment
How to Buy Gold
How to Buy Silver
Price Match

**EDUCATION**
Learning Center
Why Buy Physical Metals
How to Test Gold
New Releases
Store Bullion
Coin Values
How to Sell/Redeem PAX Gold



VIEW CHARTS

1 ITEM(S)
Cart

© 2024 Bullion Exchange, LLC . All Rights Reserved.

GOLD $2,350.00 $4.40 SILVER $28.28 $0.21 PLATINUM $975.20 $9.90 PALLADIUM $1,084.00 $27.10 VIEW CHARTS

BULLION EXCHANGES

Search our entire site... SEARCH

LOGIN Account

1 ITEM(S) Cart

GOLD | SILVER | PLATINUM | PALLADIUM | SALE | OTHER | IRA | SELL TO US | CHARTS | WHY US?

Home > Search

7 search results for:

"Wheat Pennies"

Filter

PRICE
- Under $500 4
- $500 to $1,000 2
- $1,000 to $1,500 1

METAL
- Copper 7

CERTIFICATION
- Certified 7

BRAND (COUNTRY)
- U.S.A 7

FORM
- Coin 7

YEAR
- Pre-1933 4
- Pre-1965 3

In Stock Only SORT BY: Position SORT ITEMS: 18

1909 VDB Lincoln Wheat Penny PCGS MS 65 RD

NOTIFY ME

1914 D Lincoln Wheat Penny 1 Cent NGC VG Details

NOTIFY ME

1931-S Lincoln Wheat Penny 1 Cent PCGS Genuine UNC Detail

NOTIFY ME

1909 S VDB Lincoln Wheat Penny 1 Cent NGC VG 10 BN

NOTIFY ME

1955 Doubled Die Obv Lincoln Wheat Penny 1 Cent PCGS AU Detail

NOTIFY ME

1909 VDB Lincoln Wheat Penny 1 Cent NGC MS 67 RB (Fatty Holder)

NOTIFY ME

1955 Lincoln Wheat Penny 1 Cent Doubled Die Obv NGC AU 55 BN CAC

NOTIFY ME

Items per page: 18

## Best Sellers

VIEW ALL

1 oz Asahi Silver Bar...

AS LOW AS: $29.34 BUY NOW

10 oz Asahi Silver Bar .999 Fine...

AS LOW AS: $291.80 BUY NOW

1 oz Asahi Silver Round .999 Fine

AS LOW AS: $29.13 BUY NOW

1 oz Australia Perth Mint Silve...

AS LOW AS: $30.23 BUY NOW

1 oz Silver Generic Rounds .999 Fine

AS LOW AS: $29.04 BUY NOW

1 Nevada Goldback...

AS LOW AS: $4.79 BUY NOW



