# **EXHIBIT B**



| CLASSIC RARE COINS | MODERN RARE COINS | ANCIENT AND SHIPWRECK COINS | COLLECTOR SETS | BULLION | DEALS | AUCTIONS |

Sort By: Price: Descending

**1899 - $20 - Liberty Double Eagles - Cacg - 62**
$3,341.25
ADD TO CART

**1926 $20 Saint Gaudens CACG MS63**
$3,307.50
ADD TO CART

**1926 $20 Saint Gaudens CACG MS63 - 571926054**
$3,307.50
ADD TO CART

**2009 $20 Ultra High Relief Gold NGC MS70**
$3,295.00
ADD TO CART

**2014-W $50 Burnished Gold Eagle NGC MS70**
$3,060.00
ADD TO CART

**2024 $50 American Gold Eagle 1 oz NGC MS70 Brown Label**
$2,995.00
ADD TO CART

**2024 $50 American Gold Eagle 1 oz NGC MS70 ER Blue Label**
$2,995.00
ADD TO CART

**2024 $50 American Gold Eagle 1 oz NGC MS70 FDI First Label**
$2,995.00
ADD TO CART

**2024 $50 American Gold Eagle 1 oz NGC MS70 Magnum Opus - 1 of 5 with COA and Box**
$2,995.00
ADD TO CART

**2024 $50 American Gold Eagle 1 oz PCGS MS70 Blue Label**
$2,995.00
ADD TO CART

**2024 $50 American Gold Eagle 1 oz PCGS MS70 FDI Flag Label**
$2,995.00
PRE-ORDER NOW

**2024 $50 American Gold Eagle 1 oz PCGS MS70 FS Flag Label**
$2,995.00
ADD TO CART

1   2   3   Next ›

JOIN OUR MAILING LIST    SUBMIT

POLICIES/RESOURCES

MY ACCOUNT
My Account
Order Status
View Cart
Wish List
Sell My Coins

**ADDRESS:** P.O. Box 434
Old Westbury, NY 11568
**EMAIL:** customerservice@bullionsharks.com
**SALES:** 888-355-1587

GIVEAWAY



Sort By: Price: Descending

   

2024 $50 American Gold Eagle 1 oz CAC MS70 First Delivery — $2,895.00 — ADD TO CART

1924-P $20 Saint Gaudens CAC MS63 — $2,595.00 — ADD TO CART

2024 $25 American Gold Eagle 1/2 oz CAC MS70 First Delivery — $1,499.00 — ADD TO CART

2024 $25 American Gold Eagle 1/2 oz NGC MS70 ER Blue Label — $1,299.00 — ADD TO CART

   

2024 $25 American Gold Eagle 1/2 oz PCGS MS70 FS Flag Label — $1,299.00 — ADD TO CART

2024 $10 American Gold Eagle 1/4 oz CAC MS70 First Delivery — $899.00 — ADD TO CART

2024 $10 American Gold Eagle 1/4 oz NGC MS70 ER Blue Label — $799.00 — ADD TO CART

2024 $10 American Gold Eagle 1/4 oz PCGS MS70 FS Flag Label — $799.00 — ADD TO CART

   

90% Silver Washington Quarter Choice Brilliant Uncirculated - Roll of 40 — $359.95 — ADD TO CART

2024 $5 American Gold Eagle 1/10 oz CAC MS70 First Delivery — $349.00 — ADD TO CART

2024 $5 American Gold Eagle 1/10 oz NGC MS70 ER Blue Label — $309.00 — ADD TO CART

2024 $5 American Gold Eagle 1/10 oz PCGS MS70 FS Flag Label — $309.00 — ADD TO CART

Previous   1   2   3   Next

















LIVE SHOPPING

Double Eagle

888-355-1587 My Account/Register 0 Items

CLASSIC RARE COINS | MODERN RARE COINS | ANCIENT AND SHIPWRECK COINS | COLLECTOR SETS | BULLION | DEALS | AUCTIONS

Sort By: Price: Descending

1926-D Peace Dollar Brilliant Uncirculated - BU

$231.00

ADD TO CART

2008-W American Silver Eagle Proof - PCGS PR70 DCAM

$156.25

ADD TO CART

1884-O Morgan Silver Dollar Brilliant Uncirculated - BU

$84.00

ADD TO CART

1886-P Morgan Silver Dollar Brilliant Uncirculated - BU

$84.00

ADD TO CART

Maria Theresa Silver Thaler (Black Box)

$79.95

ADD TO CART

1946-P Walking Liberty Half Dollar Brilliant Uncirculated - BU

$56.00

ADD TO CART

Russian 5 Kopek of Catherine the Great (AD 1767-96) NGC (LG)

1 review

$44.95

ADD TO CART

1983-D Olympic Dollar Brilliant Uncirculated

$39.95

ADD TO CART

Ivan the Terrible (silver kopek) (budget box)

$31.95

ADD TO CART

< Previous 1 2 3

JOIN OUR MAILING LIST

Email

SUBMIT

**ADDRESS:** P.O. Box 434
Old Westbury, NY 11568
**EMAIL:** customerservice@bullionsharks.com
**SALES:** 888-355-1587

GIVEAWAY

**POLICIES/RESOURCES**

- Disclaimer
- Privacy Policy
- Ordering Policies
- Market Loss policy
- User agreement
- AML Policy
- Coin Collecting Knowledge
- Contact Us
- FAQs
- Shipping & Delivery
- Returns & Exchanges
- Payment FAQs
- Coin Values
- Notice at Collection

**MY ACCOUNT**

- My Account
- Order Status
- View Cart
- Wish List
- Sell My Coins

LIVE SHOPPING

gold eagles

888-355-1587 My Account/Register 0 Items

CLASSIC RARE COINS | MODERN RARE COINS | ANCIENT AND SHIPWRECK COINS | COLLECTOR SETS | BULLION | DEALS | AUCTIONS

Sort By: Relevance

2013 $25 Gold Eagle NGC MS69

$1,721.25

ADD TO CART

2007 $10 Gold Eagle PCGS MS70

$1,350.00

ADD TO CART

1995-W American Eagle 10th Anniversary Gold & Silver Proof Set

$8,995.00

ADD TO CART

1998 $25 Gold Eagle PCGS MS70

$3,510.00

ADD TO CART

2022-W $25 Gold Eagle PCGS PR70DCAM

$2,700.00

ADD TO CART

1995 $10 Gold Eagle PCGS MS70

$4,185.00

ADD TO CART

2023 $50 Gold Eagle PCGS MS70 First Strike

$2,595.00

ADD TO CART

2023 $50 Gold Eagle NGC MS70 Early Releases

$2,595.00

ADD TO CART

1987 $10 Gold Eagle PCGS MS70

$2,227.50

ADD TO CART

1995-W $25 Gold Eagle PCGS PR70DCAM

$2,025.00

ADD TO CART

1998 $10 Gold Eagle NGC MS70 Ed Moy Signed

$2,362.50

ADD TO CART

1986 $5 Gold Eagle PCGS MS70

$1,147.50

ADD TO CART

1 2 3 4 5 6 Next

JOIN OUR MAILING LIST

Email

SUBMIT

POLICIES/RESOURCES

MY ACCOUNT

My Account
Order Status
View Cart
Wish List
Sell My Coins

**ADDRESS:** P.O. Box 434
Old Westbury, NY 11568
**EMAIL:** customerservice@bullionsharks.com
**SALES:** 888-355-1587

GIVEAWAY

LIVE SHOPPING

888-355-1587 My Account/Register 0 Items

CLASSIC RARE COINS | MODERN RARE COINS | ANCIENT AND SHIPWRECK COINS | COLLECTOR SETS | BULLION | DEALS | AUCTIONS

COPYRIGHT © 2024 BULLION SHARK, LLC. ALL RIGHTS RESERVED

TRUST GUARD SECURED ACTIVE 04-10-24

LIVE SHOPPING

gold eagles

888-355-1587 My Account/Register 0 Items

CLASSIC RARE COINS | MODERN RARE COINS | ANCIENT AND SHIPWRECK COINS | COLLECTOR SETS | BULLION | DEALS | AUCTIONS

Sort By: Relevance

1992 $5 Gold Eagle NGC MS70 Mike Castle Signed

$1,350.00

ADD TO CART

2017-W $25 Gold Eagle PCGS PR70DCAM First Strike

$2,025.00

ADD TO CART

1998 $25 Gold Eagle NGC MS70 Mike Castle Signed - 757140058

$3,510.00

ADD TO CART

1994 $5 Gold Eagle NGC MS70 Ed Moy Signed

$1,552.50

ADD TO CART

2015 $25 Gold Eagle PCGS MS70

$1,755.00

ADD TO CART

2014 $25 Gold Eagle PCGS MS70

$1,755.00

ADD TO CART

1992-P $10 Gold Eagle PCGS PR70DCAM

$1,080.00

ADD TO CART

2012 $25 Gold Eagle PCGS MS70

$1,755.00

ADD TO CART

2020-W $25 Gold Eagle NGC PF70 UCAM - 760832044

$2,025.00

ADD TO CART

1995-W $25 Proof Gold Eagle PCGS PR70DCAM

$2,025.00

ADD TO CART

2016-W $25 Gold Eagle NGC PF70 UCAM

$2,025.00

ADD TO CART

2003-W $25 Gold Eagle PCGS PR70DCAM

$2,025.00

ADD TO CART

‹ Previous 1 2 3 4 5 6 7 Next ›

JOIN OUR MAILING LIST

Email

SUBMIT

POLICIES/RESOURCES

MY ACCOUNT

My Account
Order Status
View Cart
Wish List
Sell My Coins

**ADDRESS:** P.O. Box 434
Old Westbury, NY 11568
**EMAIL:** customerservice@bullionsharks.com
**SALES:** 888-355-1587

GIVEAWAY ×

| | | | |
|---|---|---|---|
|  |  |  |  |
| 1995-w $50 Gold Eagle PCGS PR70DCAM | 2016-W $25 Gold Eagle NGC PF70 UCAM - 760851013 | 1993 $5 Gold Eagle NGC MS70 Ed Moy Signed | 2012-W $25 Proof Gold Eagle PCGS PR70DCAM |
| $3,982.50 | $2,025.00 | $945.00 | $2,025.00 |
| ADD TO CART | ADD TO CART | ADD TO CART | ADD TO CART |
|  |  |  |  |
| 1998-P American Silver Eagle Proof - PCGS PR70 DCAM | 2021-W $50 Burnished Gold Eagle NGC MS70 Thomas J Uram | 2017 $100 American Liberty 225th Anniversary Gold Coin (1oz) | 2015 American Liberty High Relief Gold Coin (1oz) |
| $212.50 | | $2,995.00 | $2,695.00 |
| ADD TO CART | | ADD TO CART | ADD TO CART |
| 2002-W American Silver Eagle Proof - NGC PF70 UCAM | 2019 $100 American Liberty High Relief Gold Coin (1oz) | 2015-W Burnished Silver Eagle PCGS SP70 | 2004-W American Silver Eagle Proof - PCGS PR70 DCAM |
| $149.00 | $2,795.00 | $156.25 | $187.50 |
| ADD TO CART | ADD TO CART | ADD TO CART | ADD TO CART |

Previous  1  2  3  4  5  6  7  8  Next

JOIN OUR MAILING LIST

POLICIES/RESOURCES

MY ACCOUNT
My Account
Order Status
View Cart
Wish List
Sell My Coins

ADDRESS: P.O. Box 434
Old Westbury, NY 11568
EMAIL: customerservice@bullionsharks.com
SALES: 888-355-1587



| CLASSIFIED RARE COINS | MODERN RARE COINS | ANCIENT AND SHIPWRECK COINS | COLLECTOR SETS | BULLION | DEALS | AUCTIONS |

Sort By: Relevance

   

**2024 1 oz Silver Maple Leaf CAC MS70 (Magnum Opus)** — $99.95 — ADD TO CART

**2024 1 oz Silver Super Incuse Maple Leaf NGC PF70 FDI** — $395.00 — ADD TO CART

**2019 Pride Of Two Nations Proof Silver Eagle/Modified Proof Maple Leaf Set NGC PF 70 (2 Coin Set)** — $399.00 — ADD TO CART

**2019 Pride Of Two Nations Proof Silver Eagle/Maple Leaf Set NGC PF 70 Thomas Uram Signed (2 Coin Set)**



**2024 Chromatics Total Eclipse Silver Design Set - Limited Edition** — $249.95 — PRE-ORDER NOW



JOIN OUR MAILING LIST — Email — SUBMIT

**POLICIES/RESOURCES**
Disclaimer
Privacy Policy
Ordering Policies
Market Loss policy
User agreement
AML Policy
Coin Collecting Knowledge
Your Privacy Choices
Reviews

Contact Us
FAQs
Shipping & Delivery
Returns & Exchanges
Payment FAQs
Coin Values
Notice at Collection
Blog

**MY ACCOUNT**
My Account
Order Status
View Cart
Wish List
Sell My Coins

**ADDRESS:** P.O. Box 434, Old Westbury, NY 11568
**EMAIL:** customerservice@bullionsharks.com
**SALES:** 888-355-1587

COPYRIGHT © 2024 BULLION SHARK, LLC. ALL RIGHTS RESERVED











LIVE SHOPPING

morgan dollar

888-355-1587 My Account/Register 0 Items

CLASSIC RARE COINS | MODERN RARE COINS | ANCIENT AND SHIPWRECK COINS | COLLECTOR SETS | BULLION | DEALS | AUCTIONS

Sort By: Relevance

1881-O Morgan Silver Dollar Brilliant - BU

$93.80

ADD TO CART

1921 Morgan Silver Dollar Brilliant Uncirculated - BU

$69.95

ADD TO CART

1899-O Morgan Silver Dollar Brilliant Uncirculated - BU

$95.20

ADD TO CART

1886-P Morgan Silver Dollar Brilliant Uncirculated - BU

$84.00

ADD TO CART

Pre-1921 Morgan Silver Dollar Brilliant Uncirculated - BU

$67.50

ADD TO CART

1885-S Morgan Silver Dollar Brilliant Uncirculated - BU

$525.00

ADD TO CART

1888-P Morgan Silver Dollar BU

$91.00

ADD TO CART

1878-S Morgan Silver Dollar Brilliant Uncirculated - BU

$119.00

ADD TO CART

1883-S Morgan Silver Dollar Brilliant Uncirculated - BU

$1,610.00

ADD TO CART

1880-S Morgan Silver Dollar Brilliant Uncirculated -BU

$98.00

ADD TO CART

1889 Morgan Silver Dollar Brilliant Uncirculated - BU

$81.20

ADD TO CART

1901-S Morgan Silver Dollar BU

$875.00

ADD TO CART

1 2 3 4 5 6 Next >

JOIN OUR MAILING LIST

Email

SUBMIT

POLICIES/RESOURCES

MY ACCOUNT

My Account
Order Status
View Cart
Wish List
Sell My Coins

**ADDRESS:** P.O. Box 434
Old Westbury, NY 11568
**EMAIL:** customerservice@bullionsharks.com
**SALES:** 888-355-1587

GIVEAWAY

Sort By: Relevance



| | | | |
|---|---|---|---|
| 1882-P Morgan Silver Dollar Brilliant Uncirculated - BU | 1921 Morgan Silver Dollar Circulated - VG-XF | 1892-P Morgan Silver Dollar BU | 1891-O Morgan Silver Dollar Brilliant Uncirculated - BU |
| $93.80 | ~~$65.00~~ $47.95 | $735.00 | $399.00 |
| ADD TO CART | ADD TO CART | ADD TO CART | ADD TO CART |
| 1897-S Morgan Silver Dollar Brilliant Uncirculated - BU | 1881-CC Morgan Silver Dollar Brilliant Uncirculated - BU | 1880-CC Morgan Silver Dollar Brilliant Uncirculated - BU | Pre-21 Morgan Silver Dollar Almost Uncirculated - AU |
| $133.00 | $910.00 | $980.00 | $59.95 |
| ADD TO CART | ADD TO CART | ADD TO CART | ADD TO CART |
| 1886-S Morgan Silver Dollar Brilliant Uncirculated - BU | 1902-O Morgan Silver Dollar BU | 1879-P Morgan Silver Dollar Brilliant Uncirculated - BU | 1882-CC Morgan Dollar Brilliant Uncirculated GSA - Box and Papers |
| $665.00 | $91.00 | $105.00 | $499.95 |
| ADD TO CART | ADD TO CART | ADD TO CART | ADD TO CART |

Previous  1  2  3  4  5  6  7  Next















LIVE SHOPPING

peace dollars

888-355-1587 My Account/Register 0 Items

CLASSIC RARE COINS | MODERN RARE COINS | ANCIENT AND SHIPWRECK COINS | COLLECTOR SETS | BULLION | DEALS | AUCTIONS

Sort By: Relevance

1928-S Peace Dollar Brilliant Uncirculated - BU

$385.00

ADD TO CART

1924 Peace Silver Dollar Brilliant Uncirculated - BU

$58.80

ADD TO CART

Peace Dollar Almost Uncirculated - AU (Mixed Dates)

$45.95

ADD TO CART

Peace Dollar NGC MS64 (Mixed Dates)

1 review

$109.00

ADD TO CART

1922-S Peace Dollar Brilliant Uncirculated - BU

$84.00

ADD TO CART

1926-D Peace Dollar Brilliant Uncirculated - BU

$231.00

ADD TO CART

1925 Peace Silver Dollar Brilliant Uncirculated - BU

$58.80

ADD TO CART

1934-S Peace Dollar Brilliant Uncirculated - BU

$3,990.00

ADD TO CART

1923-S Peace Dollar Brilliant Uncirculated - BU

$91.00

ADD TO CART

1927-D Peace Dollar Brilliant Uncirculated - BU

$455.00

ADD TO CART

Peace Silver Dollar Cull (Roll of 20)

$799.00

ADD TO CART

1927-S Peace Dollar Brilliant Uncirculated - BU

$420.00

ADD TO CART

1 2 3 4 5 6 Next >

JOIN OUR MAILING LIST

Email

SUBMIT

**ADDRESS:** P.O. Box 434
Old Westbury, NY 11568
**EMAIL:** customerservice@bullionsharks.com
**SALES:** 888-355-1587

GIVEAWAY X

**POLICIES/RESOURCES**

- Disclaimer
- Privacy Policy
- Ordering Policies
- Market Loss policy
- User agreement
- AML Policy
- Coin Collecting Knowledge
- Contact Us
- FAQs
- Shipping & Delivery
- Returns & Exchanges
- Payment FAQs
- Coin Values
- Notice at Collection

**MY ACCOUNT**

- My Account
- Order Status
- View Cart
- Wish List
- Sell My Coins

LIVE SHOPPING | peace dollars | 888-355-1587 | My Account/Register | 0 Items

CLASSIC RARE COINS | MODERN RARE COINS | ANCIENT AND SHIPWRECK COINS | COLLECTOR SETS | BULLION | DEALS | AUCTIONS

Sort By: Relevance

1924-S Peace Dollar Brilliant Uncirculated - BU

$420.00

ADD TO CART

1935-P Peace Dollar Brilliant Uncirculated - BU

$189.00

ADD TO CART

1923 Peace Dollar Brilliant Uncirculated (100th Anniversary)

2 reviews

$59.95

ADD TO CART

1934-D Peace Dollar Brilliant Uncirculated - BU

$259.00

ADD TO CART

Morgan and Peace Dollar Cull (Roll of 20)

$735.00

ADD TO CART

Peace Dollar PCGS MS64 (Mixed Dates)

1 review

$74.95

ADD TO CART

1926-S Peace Dollar Brilliant Uncirculated - BU

$140.00

ADD TO CART

1921-1935 Peace Dollar Date Set Brilliant Uncirculated (10-Coins)

1 review

~~$2,400.00~~ $1,995.00

ADD TO CART

1926-P Peace Dollar Brilliant Uncirculated - BU

$140.00

ADD TO CART

1928-P Peace Dollar Brilliant Uncirculated - BU

$630.00

ADD TO CART

1927-P Peace Dollar Brilliant Uncirculated - BU

$189.00

ADD TO CART

1923-D Peace Dollar Brilliant Uncirculated - BU

$182.00

ADD TO CART

< Previous 1 2 3 4 5 6 7 Next >

JOIN OUR MAILING LIST Email SUBMIT

**POLICIES/RESOURCES**

- Disclaimer
- Privacy Policy
- Ordering Policies
- Market Loss policy
- User agreement
- Contact Us
- FAQs
- Shipping & Delivery
- Returns & Exchanges
- Payment FAQs

**MY ACCOUNT**

- My Account
- Order Status
- View Cart
- Wish List
- Sell My Coins

**ADDRESS:** P.O. Box 434
Old Westbury, NY 11568
**EMAIL:** customerservice@bullionsharks.com

GIVEAWAY X

LIVE SHOPPING

peace dollars

888-355-1587 | My Account/Register | 0 Items

CLASSIC RARE COINS | MODERN RARE COINS | ANCIENT AND SHIPWRECK COINS | COLLECTOR SETS | BULLION | DEALS | AUCTIONS

Sort By: Relevance

1925-S Peace Dollar Brilliant Uncirculated - BU

$252.00

ADD TO CART

Peace Dollar Circulated VG-XF - (Mixed Dates)

$32.95

ADD TO CART

1935 Peace Dollar and Silver Certificate 2-pc Set

1 review

$69.95

ADD TO CART

Peace Dollar Brilliant Uncirculated - BU (Mixed Dates)

1 review

$49.95

ADD TO CART

1922-D Peace Dollar Brilliant Uncirculated - BU

$84.00

ADD TO CART

1934-P Peace Dollar Brilliant Uncirculated - BU

$252.00

ADD TO CART

1922-P Peace Silver Dollar Brilliant Uncirculated - BU

$56.00

ADD TO CART

Peace Dollars Circulated (Mixed Years, 20-Count Roll)

$799.00

ADD TO CART

1921 Peace Dollar High Relief - Very Fine (VF)

$299.95

ADD TO CART

Peace Dollars Brilliant Uncirculated - BU (Mixed Years, 20-Count Roll)

$1,079.00

ADD TO CART

1935-S Peace Dollar Brilliant Uncirculated - BU

$455.00

ADD TO CART

1921-1935 Peace Dollar - Cull

$39.95

ADD TO CART

< Previous 1 2 3 4 5 6 7 8 Next >

JOIN OUR MAILING LIST

Email

SUBMIT

ADDRESS: P.O. Box 434
Old Westbury, NY 11568
EMAIL: customerservice@bullionsharks.com
ALES: 888-355-1587

GIVEAWAY

POLICIES/RESOURCES

- Disclaimer
- Privacy Policy
- Ordering Policies
- Market Loss policy
- User agreement
- AML Policy
- Coin Collecting Knowledge
- Contact Us
- FAQs
- Shipping & Delivery
- Returns & Exchanges
- Payment FAQs
- Coin Values
- Notice at Collection

MY ACCOUNT

- My Account
- Order Status
- View Cart
- Wish List
- Sell My Coins










BULLION SHARK LIVE SHOPPING Search Our Products... 888-355-1587 My Account/Register 0 Items

CLASSIC RARE COINS | MODERN RARE COINS | ANCIENT AND SHIPWRECK COINS | COLLECTOR SETS | BULLION | DEALS | AUCTIONS

**Burnished Platinum Eagles**

**Mint State Platinum Eagles**

**Proof Platinum Eagles**

## SHOP ALL PLATINUM EAGLES

Sort By: Best Selling

1/10th oz $10 Platinum Eagle NGC PF70 UCAM - Random Dates
$399.00
ADD TO CART

1997-W $100 Platinum Eagle NGC PF70 UCAM
$2,995.00
ADD TO CART

1998-W $100 Platinum Eagle NGC PF70 UCAM
$2,160.00
ADD TO CART

1999 W $100 Platinum Eagle NGC PF70 UCAM
$2,160.00
ADD TO CART

1999-W $10 Platinum Eagle NGC PF70 UCAM Mike Castle Signed
$405.00
ADD TO CART

2000-W $100 Platinum Eagle NGC PF70 UCAM
$2,160.00
ADD TO CART

2001-W $100 Platinum Eagle NGC PF70 UCAM
$2,160.00
ADD TO CART

2001-W $50 Platinum Eagle NGC PF70 UCAM Mike Castle Signed
$1,215.00
ADD TO CART

2002-W $100 Platinum Eagle NGC PF70 UCAM
$2,160.00
ADD TO CART

2003-W $25 Platinum Eagle NGC PF70 UCAM Mike Castle Signed
$810.00
ADD TO CART

2003-W $100 Platinum Eagle NGC PF70 UCAM
$2,160.00
ADD TO CART

2004-W $100 Platinum Eagle NGC PF70 UCAM
$2,995.00
ADD TO CART

2004-W $100 Platinum Liberty NGC PF70 UCAM - Mike Castle Signed
$3,375.00
ADD TO CART

2005-W $25 Platinum Eagle NGC PF70 UCAM Mike Castle Signed
$1,012.50
ADD TO CART

2005-W $100 Platinum Eagle NGC PF70 UCAM
$2,760.00
ADD TO CART

1 2 3 4 Next ›

Most Popular in this Collection

GIVEAWAY ×

| CLASSIC RARE COINS | MODERN RARE COINS | ANCIENT AND SHIPWRECK COINS | COLLECTOR SETS | BULLION | DEALS | AUCTIONS |

Burnished Platinum Eagles     Mint State Platinum Eagles     Proof Platinum Eagles

## SHOP ALL PLATINUM EAGLES

Sort By:  Best Selling


2005-W $50 Platinum Eagle NGC PF70 UCAM Mike Castle Signed
$1,485.00
ADD TO CART


2006-W $10 Burnished Platinum Eagle NGC MS70
$1,350.00
ADD TO CART


2006-W $100 Platinum Eagle NGC PF70 UCAM
$2,160.00
ADD TO CART


2006-W $25 Burnished Platinum St of Liberty PCGS SP70 First Strike
$1,890.00
ADD TO CART


2006-W $25 Platinum St of Liberty PCGS MS70 First Strike
$1,890.00
ADD TO CART


2007-W $100 Burnished Platinum Eagle NGC MS70
$4,455.00
ADD TO CART


2007-W $10 Burnished Platinum St. of Liberty PCGS SP70 Philip Diehl Signed Label
$1,012.50
ADD TO CART


2007-W $100 Burnished Platinum Eagle NGC MS70 Early Releases Mike Castle Signed
$4,387.50
ADD TO CART


2007-W $100 Burnished Platinum Eagle PCGS SP70
$4,455.00
ADD TO CART


2007-W $100 Platinum Eagle NGC PF70 UCAM

1 review
$2,160.00
ADD TO CART


2007-W $25 Burnished Platinum Eagle NGC MS70 Mike Castle Signed
$1,755.00
ADD TO CART


2007-W $25 Burnished Platinum St of Liberty PCGS SP70
$1,755.00
ADD TO CART


2007-W $25 Platinum Eagle NGC MS70
$1,755.00
ADD TO CART


2007-W $50 Platinum Eagle PCGS PR70DCAM First Strike - 10th Anniversary Set
$1,215.00
ADD TO CART


2008 $25 Platinum Eagle NGC MS70 Mike Castle Signed
$675.00
ADD TO CART

Previous    1   2   3   4    Next

Recently Viewed Items

GIVEAWAY ✕

LIVE SHOPPING
Search Our Products...
888-355-1587 My Account/Register 0 Items

CLASSIC RARE COINS | MODERN RARE COINS | ANCIENT AND SHIPWRECK COINS | COLLECTOR SETS | BULLION | DEALS | AUCTIONS

Burnished Platinum Eagles

Mint State Platinum Eagles

Proof Platinum Eagles

## SHOP ALL PLATINUM EAGLES

Sort By: Best Selling

2008- W $100 Platinum Eagle NGC PF70 UCAM Mike Castle Signed
$3,712.50
ADD TO CART

2008-W $10 Burnished Platinum Eagle NGC MS70 Mike Castle Signed
$1,147.50
ADD TO CART

2008-W $10 Burnished Platinum Saint of Liberty PCGS SP70 Philip Diehl Signed Label
$1,147.50
ADD TO CART

2008-W $10 Burnished Platinum St. of Liberty PCGSSP70
$1,147.50
ADD TO CART

2008-W $10 Platinum Statue of Liberty PCGS MS70
$1,147.50
ADD TO CART

2008-W $100 Platinum Eagle NGC PF70 UCAM
$3,299.00
ADD TO CART

2008-W $25 Burnished Platinum Eagle NGC MS70 Mike Castle Signed
$2,565.00
ADD TO CART

2008-W $25 Platinum Eagle PCGS MS70
$2,565.00
ADD TO CART

2009 W $100 Platinum Eagle NGC PF70 UCAM
$2,040.00
ADD TO CART

2010-W $100 Platinum Eagle NGC PF70 UCAM
★★★★★
1 review
$2,040.00
ADD TO CART

2011- W $100 Platinum Eagle NGC PF70 UCAM Mike Castle Signed
$2,295.00
ADD TO CART

2011-W $100 Platinum Eagle NGC PF70 UCAM
$2,040.00
ADD TO CART

2012-W $100 Platinum Eagle NGC PF70 UCAM
$2,040.00
ADD TO CART

2013-W $100 Platinum Eagle NGC PF70 UCAM
$3,595.00
ADD TO CART

2014-W $100 Platinum Eagle NGC PF70 UCAM
$5,395.00
ADD TO CART

‹ Previous 1 2 3 4 Next ›

Most Popular in this Collection

GIVEAWAY ×

LIVE SHOPPING
Silver Eagles
888-355-1587 My Account/Register 0 Items
X

2015-W Burnished Silver Eagle PCGS SP70

$156.25

ADD TO CART

2000-P American Silver Eagle Proof - NGC PF70 UCAM

$318.75

ADD TO CART

2007-W American Silver Eagle Proof - NGC PF70 UCAM

2 reviews

$143.75

ADD TO CART

2018-W Burnished Silver Eagle PCGS SP70

$156.25

ADD TO CART

2000-P American Silver Eagle Proof - PCGS PR70 DCAM

$393.75

ADD TO CART

1986-2023 Complete Silver Eagle Set NGC PF70 UCAM

$14,995.00

ADD TO CART

2007-W Burnished Silver Eagle NGC MS70

1 review

$156.25

ADD TO CART

2021-W Burnished Silver Eagle PCGS SP70

$206.25

ADD TO CART

2011-W Burnished Silver Eagle NGC MS70

1 review

$156.25

ADD TO CART

2011-W Burnished Silver Eagle PGCS SP70

1 review

$156.25

ADD TO CART

2007-W Burnished Silver Eagle PCGS SP70

$156.25

ADD TO CART

2012-W American Silver Eagle Proof - PCGS PR70 DCAM

$187.50

ADD TO CART

GIVEAWAY X
CLASSIC RARE COINS | MODERN RARE COINS | ANCIENT AND SHIPWRECK COINS | COLLECTOR SETS | BULLION | DEALS | AUCTIONS

LIVE SHOPPING

888-355-1587 My Account/Register 0 Items

X

2015-W Burnished Silver Eagle PCGS SP70

$156.25

ADD TO CART

2000-P American Silver Eagle Proof - NGC PF70 UCAM

$318.75

ADD TO CART

2007-W American Silver Eagle Proof - NGC PF70 UCAM

2 reviews

$143.75

ADD TO CART

2018-W Burnished Silver Eagle PCGS SP70

$156.25

ADD TO CART

2000-P American Silver Eagle Proof - PCGS PR70 DCAM

$393.75

ADD TO CART

1986-2023 Complete Silver Eagle Set NGC PF70 UCAM

$14,995.00

ADD TO CART

2007-W Burnished Silver Eagle NGC MS70

1 review

$156.25

ADD TO CART

2021-W Burnished Silver Eagle PCGS SP70

$206.25

ADD TO CART

2011-W Burnished Silver Eagle NGC MS70

1 review

$156.25

ADD TO CART

2011-W Burnished Silver Eagle PGCS SP70

1 review

$156.25

ADD TO CART

2007-W Burnished Silver Eagle PCGS SP70

$156.25

ADD TO CART

2012-W American Silver Eagle Proof - PCGS PR70 DCAM

$187.50

ADD TO CART

CLASSIC RARE COINS | MODERN RARE COINS | ANCIENT AND SHIPWRECK COINS | COLLECTOR SETS | BULLION | DEALS | AUCTIONS





