# **EXHIBIT D**






BULLION SHARK

LIVE SHOPPING

shipwreck

888-355-1587 | My Account/Register | 0 Items

CLASSIC RARE COINS | MODERN RARE COINS | ANCIENT AND SHIPWRECK COINS | COLLECTOR SETS | BULLION | DEALS | AUCTIONS

Home / Search

# 16 results for 'shipwreck'

REFINE BY

No filters applied

Sort By: Relevance

CATEGORY

- Ancient & Shipwreck Coins (6)
- Classic Rare Coins (2)
- Collector Sets (2)
- Shop All (6)

PRICE

Min. Max. UPDATE

RATING +

OTHER +

Admiral Gardner Shipwreck Treasure Coin Mini Album

$59.95

ADD TO CART

1668-1747 Spanish Shipwreck 1/2 Reale NGC - Shipwreck Certification

2 reviews

$99.95

ADD TO CART

Seated Liberty Half Dollar SS Republic NGC Shipwreck Effect

$249.95

ADD TO CART

(1777-83) El Cazador 8 Reales NGC - Shipwreck Certification

$349.95

ADD TO CART

History's Mysteries: Treasure Hunt: Wreck of the Breda (album)

$14.95

ADD TO CART

Titanic Coal CAG (NGC) - Certified w/ Story Card

2 reviews

$299.00

ADD TO CART

JOIN OUR MAILING LIST

Email

SUBMIT

BULLION SHARK

**ADDRESS:** P.O. Box 434
Old Westbury, NY 11568
**EMAIL:** customerservice@bullionsharks.com
**SALES:** 888-355-1587

**POLICIES/RESOURCES**

- Disclaimer
- Privacy Policy
- Ordering Policies
- Market Loss policy
- User agreement
- AML Policy
- Coin Collecting Knowledge
- Your Privacy Choices
- Reviews
- Contact Us
- FAQs
- Shipping & Delivery
- Returns & Exchanges
- Payment FAQs
- Coin Values
- Notice at Collection
- Blog

**MY ACCOUNT**

- My Account
- Order Status
- View Cart
- Wish List
- Sell My Coins

COPYRIGHT © 2024 BULLION SHARK, LLC. ALL RIGHTS RESERVED

TRUST GUARD SECURED ACTIVE 04-18-24

GIVEAWAY ×

Virgin Mary Coin: Bronze Coin from the Reign of Emperor Arcadius (Clear Box)

$37.95

ADD TO CART

Roman Bronze Coin of Aelia Eudoxia (401-460) NGC (F)

$64.95

ADD TO CART

Christian Cup Coins Box Set: A Medieval Mystery

1 reviews

$101.40

ADD TO CART

Byzantium: Millennial Kingdom (Album)

$32.95

ADD TO CART

Pentanummia of Justinian I Byzantine Empire, NGC HG

$63.00

ADD TO CART

Byzantine Bronze Folles with Bust of Christ 976-1025 CE (HG)

$72.00

ADD TO CART

Byzantine Bronze Folles with Bust of Christ 976-1025 CE NGC (PROMO)

$29.95

ADD TO CART

Roman AE3 of Arcadius (AD383-408) NGC (XF)

$73.95

ADD TO CART

Crusaders vs. Christians: Box of 2 Coins of the Fourth Crusade

$179.95

ADD TO CART

Crimea: A History in 8 Coins (boxed collection)

$127.40

ADD TO CART

13 Roman Bronze of Constantine the Great, Various Reverses, High Grade

$1,071.00

ADD TO CART

# 16 results for 'shipwreck'

REFINE BY

No filters applied

Sort By: Relevance

CATEGORY

- Ancient & Shipwreck Coins (6)
- Classic Rare Coins (2)
- Collector Sets (2)
- Shop All (6)

PRICE

Min. Max. UPDATE

RATING +

OTHER +

Admiral Gardner Shipwreck Treasure Coin Mini Album

$59.95

ADD TO CART

1668-1747 Spanish Shipwreck 1/2 Reale NGC - Shipwreck Certification

2 reviews

$99.95

ADD TO CART

Seated Liberty Half Dollar SS Republic NGC Shipwreck Effect

$249.95

ADD TO CART

(1777-83) El Cazador 8 Reales NGC - Shipwreck Certification

$349.95

ADD TO CART

History's Mysteries: Treasure Hunt: Wreck of the Breda (album)

$14.95

ADD TO CART

Titanic Coal CAG (NGC) - Certified w/ Story Card

2 reviews

$299.00

ADD TO CART

GIVEAWAY X

Case 2:24-cv-00467-DG-JMW   Document 39-3   Filed 04/19/24   Page 4 of 6 PageID #: 430

JOIN OUR MAILING LIST

SUBMIT

ADDRESS: P.O. Box 434
Old Westbury, NY 11568
EMAIL: customerservice@bullionsharks.com
SALES: 888-355-1587

POLICIES/RESOURCES

Disclaimer
Privacy Policy
Ordering Policies
Market Loss policy
User agreement
AML Policy
Coin Collecting Knowledge
 Your Privacy Choices
Reviews

Contact Us
FAQs
Shipping & Delivery
Returns & Exchanges
Payment FAQs
Coin Values
Notice at Collection
Blog

MY ACCOUNT

My Account
Order Status
View Cart
Wish List
Sell My Coins

      

COPYRIGHT © 2024 BULLION SHARK, LLC. ALL RIGHTS RESERVED




LIVE SHOPPING | roman | 888-355-1587 | My Account/Register | 0 Items

Roman AE Antoninianus of Quintillus (AD270) NGC (VF)

$72.45

ADD TO CART

Roman AE of Theodosius II (AD 402-450) NGC (XF)

$88.95

ADD TO CART

Roman AE Salonina (AD 253-268) NGC (F)

$45.00

ADD TO CART

Roman AE of Vabalathus and Aurelian NGC (XF)

$88.20

ADD TO CART

Roman Silver Antoninianus of Gordian III (AD 238-244) NGC (F)

$124.95

ADD TO CART

Roman AE of Honorius (AD393-423) NGC (F)

$55.95

ADD TO CART

Roman Silver Denarius of Severus Alexander (AD 222-235) NGC (VF)

$162.00

ADD TO CART

Roman Bronze of Flavia Maximiana Theodora, NGC (VF)

$89.95

ADD TO CART

Roman AE of Julian II (As Augustus) (AD 361-363) NGC (XF)

$79.95

ADD TO CART

Roman AE Antoninianus of Diocletian (AD284-305) NGC (F)

$45.00

ADD TO CART

The Constantine Dynasty: A Boxed Collection of Four NGC-Certified Roman Bronze Coins

1 review

~~$300.00~~ $239.95

ADD TO CART

Roman Bronze AE4 of Leo I NGC (F)

$94.95

ADD TO CART

CLASSIC RARE COINS | MODERN RARE COINS | ANCIENT AND SHIPWRECK COINS | COLLECTOR SETS | BULLION | DEALS | AUCTIONS

Home / Search

# 16 results for 'shipwreck'

REFINE BY

No filters applied

Sort By: Relevance

CATEGORY

- Ancient & Shipwreck Coins (6)
- Classic Rare Coins (2)
- Collector Sets (2)
- Shop All (6)

PRICE

Min. Max. UPDATE

RATING +

OTHER +

Admiral Gardner Shipwreck Treasure Coin Mini Album

$59.95

ADD TO CART

1668-1747 Spanish Shipwreck 1/2 Reale NGC - Shipwreck Certification

2 reviews

$99.95

ADD TO CART

Seated Liberty Half Dollar SS Republic NGC Shipwreck Effect

$249.95

ADD TO CART

(1777-83) El Cazador 8 Reales NGC - Shipwreck Certification

$349.95

ADD TO CART

History's Mysteries: Treasure Hunt: Wreck of the Breda (album)

$14.95

ADD TO CART

Titanic Coal CAG (NGC) - Certified w/ Story Card

2 reviews

$299.00

ADD TO CART

GIVEAWAY X

Case 2:24-cv-00467-DG-JMW   Document 39-3   Filed 04/19/24   Page 6 of 6 PageID #: 432

JOIN OUR MAILING LIST

SUBMIT

POLICIES/RESOURCES

Disclaimer
Privacy Policy
Ordering Policies
Market Loss policy
User agreement
AML Policy
Coin Collecting Knowledge
Your Privacy Choices
Reviews

Contact Us
FAQs
Shipping & Delivery
Returns & Exchanges
Payment FAQs
Coin Values
Notice at Collection
Blog

MY ACCOUNT

My Account
Order Status
View Cart
Wish List
Sell My Coins

ADDRESS: P.O. Box 434
Old Westbury, NY 11568
EMAIL: customerservice@bullionsharks.com
SALES: 888-355-1587









COPYRIGHT © 2024 BULLION SHARK, LLC. ALL RIGHTS RESERVED

