# **EXHIBIT E**



GOLD $2,383.60 ▲ $42.20    SILVER $28.67 ▲ $0.49    PLATINUM $996.40 ▲ $19.00    PALLADIUM $1,080.00 ▼ $3.40    VIEW CHARTS

BULLION EXCHANGES

Search our entire site...    SEARCH

LOGIN
Account

1 ITEM(S)
Cart

GOLD    SILVER    PLATINUM    PALLADIUM    SALE    OTHER    IRA    SELL TO US    CHARTS    WHY US?

Home / Platinum / 2011 W 1 OZ $100 PLATINUM AMERICAN EAGLE PROOF COIN NGC PF 70 ULTRA CAMEO



## 2011 W 1 oz $100 Platinum American Eagle Proof Coin NGC PF 70 Ultra Cameo

★★★★★    2 Reviews

✅ In Stock

| Quantity | (E)check/Wire ⓘ | Crypto ⓘ | Card/PayPal ⓘ |
|---|---|---|---|
| 1+ | $1,496.40 | $1,511.52 | $1,558.75 |

QUANTITY:    Only $500.00 Over Spot Per Oz

−  1  +    **BUY NOW**

Earns: 1496 Bullionaire Bucks ❓

Our buy back price: Call Us ❓    🔔 Price Alert    🔔 Market Alert

FREE Shipping on $199+ Orders
All orders are insured and tracked

### Related Products



2007 W 1/2 oz $50 Platinum American Eagle Reverse Proof...

AS LOW AS:
$1,098.20    **BUY NOW**

- DESCRIPTION
- SHIPPING & PAYMENT
- REVIEWS
- Q&A

**2011 W 1 oz $100 Platinum American Eagle Proof Coin NGC PF 70 UCAM**

This **2011 W 1 oz $100 Platinum American Eagle Proof Coin NGC PF 70** is an excellent choice for any type of buyer. The coin comes graded by the esteem NGC as Proof 70.

The obverse features the Statue of Liberty gazing confidently forward while wearing her seven-point crown with her right arm rising above her. Inscriptions include "LIBERTY" and the year of mintage.

The reverse displays Lady Liberty walking through a wheat field with a dove close by. Inscriptions include "UNITED STATES OF AMERICA," along with the denomination, weight, metal, and purity.

If you have any questions or concerns, please contact one of our customer service representatives.



### PRODUCT SPECIFICATIONS

| Year | 2011 |
|---|---|
| Purity | .9995 |
| Denomination | $100 |
| Actual Weight | 1 troy oz |
| Gross Weight | 31.103 grams |
| Diameter | 32.7 mm |

VIEW CHARTS

BULLION EXCHANGES

1 ITEM(S) Cart

| | |
|---|---|
| Mint Mark | W - West Point |
| Mintage | 14,835 |
| Grade | PF 70 |
| Grade Service | NGC |

## Recently Viewed Items

1 oz President Donald J. Trump Silver Round .999 Fine

AS LOW AS: $29.57 BUY NOW

2024 1 oz Canadian Silver Maple Leaf Coin BU

AS LOW AS: $31.12 BUY NOW

2024 Canada 1 oz Treasured Silver Maple Leaf Congratulations Priv...

AS LOW AS: $43.49 BUY NOW

1998 1 oz Silver American Eagle $1 Coin NGC MS 69

AS LOW AS: $45.65 BUY NOW

LIVE CHAT 800-852-6884 EMAIL US

Join our mailing list for special offers & updates

Enter your email address SUBSCRIBE

Follow us on social

**CUSTOMER INFO**
- Account Settings
- My Order
- Market & Price Alerts
- Terms & Conditions
- Privacy Policy
- Contact Us

**FIND WHAT YOU NEED**
- Live Market Graphs
- Live Crypto Price
- Gold Price
- Silver Price
- Visit Our Blog
- Market News
- View FAQ

**BULLION EXCHANGES**
- About Us
- BE Exclusives
- Precious Metals IRA
- BULLIONAIRE Club
- Reviews
- Careers
- Military Discount Program

**BUYING & SELLING**
- Sell Gold and Silver
- State Sales Tax Information
- Local Bullion Directory
- Crypto Payment
- How to Buy Gold
- How to Buy Silver
- Price Match

**EDUCATION**
- Learning Center
- Why Buy Physical Metals
- How to Test Gold
- New Releases
- Store Bullion
- Coin Values
- How to Sell/Redeem PAX Gold

BBB Rating: A+ As of 4/5/2024 Click for Profile

© 2024 Bullion Exchange, LLC . All Rights Reserved.

