# **EXHIBIT F**

BULLION SHARK
LIVE SHOPPING
Search Our Products...
888-355-1587 My Account/Register 0 Items

CLASSIC RARE COINS | MODERN RARE COINS | ANCIENT AND SHIPWRECK COINS | COLLECTOR SETS | BULLION | DEALS | AUCTIONS

Home / Shop All / 2011-W $100 Platinum Eagle NGC PF70 UCAM

# 2011-W $100 Platinum Eagle NGC PF70 UCAM

**$2,040.00**

You will earn 2040 Reward Points with this Purchase.

SKU
526

1 ADD TO CART

Secure transaction

Share on:

## DESCRIPTION

The Proof Platinum Eagle is one of the world's most popular platinum bullion coins. Each coin contains 1 oz of .9995 platium and has a $100 denomination. This coin is certified in perfect grade PF70 UCAM by NGC.

We're currently collecting product reviews for this item. In the meantime, here are some company reviews from our past customers sharing their overall shopping experience.

**4.8**
★★★★★
1510 Reviews

| Rating | Count | Percent |
|---|---|---|
| 5 ★ | 1255 | (83%) |
| 4 ★ | 190 | (13%) |
| 3 ★ | 44 | (3%) |
| 2 ★ | 7 | (0%) |
| 1 ★ | 14 | (1%) |

**96%**
of customers rate this merchant 4- or 5-stars

Newest to Oldest | All Ratings | Write a Review

**BillyD O.** Verified Customer
★★★★★ 04-11-24
Excellent experience. Great product selection. Competitive prices. Accurate grading. Fast free secure delivery.
Recommend this Company 5/5
Would Buy Again 5/5
Share

**Larry H.** Verified Customer
★★★★★ 04-11-24
GREAT TO SHOP WITH
Recommend this Company 5/5
Would Buy Again 5/5
Share

**Theodore D.** Verified Customer
★★★★★ 04-11-24
Easy
Recommend this Company 5/5
Would Buy Again 5/5
Share

1 2 3 4 5
See more reviews on Shopper Approved

## RELATED PRODUCTS

GIVEAWAY

