# **EXHIBIT G**





