UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

BEFORE: JAMES M. WICKS, U.S. MAGISTRATE JUDGE　　　　　DATE: 01/13/2025
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TIME: 10:30 AM
　　　　　　　　　　　　　　　　　　　　　　　　　　　　☐ SEALED PROCEEDING

**CIVIL CAUSE FOR STATUS CONFERENCE**
**CASE: 2:24-cv-00467-SJB-JMW-Bullion Exchange LLC v. Bullion Shark, LLC et al.**

APPEARANCES:

| | |
|---|---|
| For Plaintiff: | Eugene Bondar |
| For Defendant (Bullion Shark, LLC): | Kyle Francis Oakes Monaghan |
| For Defendant (Ekaterina Ovodova): | Alan Smikun |

Court Reporter/FTR:　　　　　10:38-10:53 (FTR)

**THE FOLLOWING RULINGS WERE MADE:**

☒　Status Conference held.

☒　There was discussion about mediation efforts that had failed. The stay of discovery previously imposed by the undersigned in this matter is now vacated. The end date of fact discovery shall be on or before **May 30, 2025**. A Status Conference has been scheduled for **May 19, 2025 at 10:00 AM** via the Court's Video Zoom to set remaining dates and deadlines in the case. The Court will email the Zoom invitation closer to the conference date. This conference is a public proceeding, and all are welcome to attend via telephone or via video. If you would like to receive the Zoom invitation, please contact Judge Wicks' Courtroom Deputy at (631) 712-5625. Parties shall comply with Judge Wicks' Individual Rules regarding Expectations for Remote Appearances (Rule §1E).

There was also discussion about amendment of the complaint. Accordingly, on or before **January 24, 2025**, Counsel for Plaintiff shall provide Counsel for Defendants a red-lined copy of the proposed Amended Complaint. On or before **January 31, 2025**, Counsel for Defendants are directed to file a letter on ECF indicating whether or not they stipulate to the proposed Amended Complaint.

☒　The parties are advised that any dispositive motions – including motions for reconsideration of the preliminary injunction – should be made and addressed to the Hon. Sanket J. Bulsara in accordance with his Individual Rules.

☒　The undersigned is available for a Settlement Conference if the parties so desire. In the event the parties would like a Settlement Conference, the parties are directed to contact the undersigned's Courtroom Deputy at (631) 712-5625 with mutually convenient dates that the parties are available.

THE PARTIES ARE REMINDED that audio or video recording of proceedings by any party other than the Court is strictly prohibited by Local Civil Rule 1.8. Violation of this rule may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed appropriate by the Court.

SO ORDERED
/s/ *James M. Wicks*
JAMES M. WICKS
United States Magistrate Judge